UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUNTER HARRIS and CORA CLUETT, Plaintiffs ) ) ) ) v. ) UNIVERSITY OF MASSACHUSETTS LOWELL, JACQUELINE MOLONEY, UNIVERSITY OF MASSACHUSETTS BOSTON, MARCELO SUÁREZ-OROZCO and SHAWN DE VEAU **Defendants** ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, Hunter Harris and Cora Cluett, hereby move, in accordance with Fed. R. Civ. P. 65(a), for a preliminary injunction against the defendants' mandates for the University of Massachusetts Boston and University of Massachusetts Lowell, requiring that students take a COVID-19 vaccine as a condition of enrollment or face expuslion. Plaintiffs make this request on the ground that the mandate is unconstitutional on its face, that it is arbitrary and subjects plaintiffs to expulsion, and that it violates both their procedural and substantive rights to due process, among other claims outlined in plaintiffs' verified complaint. Plaintiff Cluett additionally moves for preliminary injunctive relief to enforce her religious exemption to the vaccine, which was denied by defendants Boston and De Veau.

The pressing need for injunctive relief is supported by the imminent harm that the plaintiffs would suffer, either by being forced to take a drug that has not been approved by the Food and Drug Administration or by being effectively expelled

**ORAL ARGUMENT REQUESTED**

by their respective university. As fall semester at the University of Massachusetts Lowell begins on September 1, 2021, and September 8, 2021 for the University of Massachusetts Boston, the need for injunctive relief is immediate.

Plaintiffs request a hearing on the matter.

Plaintiffs, by their attorney,

 /s/ Ryan P. McLane
Ryan P. McLane, Esq. (Juris: 438176)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on this 30th day of July 2021, I caused the foregoing to be served in this matter by electronic mail to:

**Gerry Leone, Esq.**
General Counsel for UMass
One Beacon Street, 31st Floor
Boston, MA 02108
gleone@umassp.edu

 /s/ Ryan P. McLane
Ryan P. McLane, Esq. (BBO: 697464)

**ORAL ARGUMENT REQUESTED**