UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUNTER HARRIS and CORA CLUETT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS LOWELL, JACQUELINE MOLONEY, UNIVERSITY OF MASSACHUSETTS BOSTON, MARCELO SUAREZ-OROZCO and SHAWN DE VEAU,<br><br>        Defendants. | C.A. No. 1:21-cv-11244-DJC |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard S. Weitzel, Assistant Attorney General, as counsel for the Defendants in the above-referenced case.

        Respectfully submitted,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Richard S. Weitzel
        Richard S. Weitzel, BBO No. 630303
        *Assistant Attorney General*
        Government Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 963-2022
        richard.weitzel@mass.gov

Dated:  August 17, 2021

## **CERTIFICATE OF SERVICE**

  I certify that, on August 17, 2021, this document was filed electronically through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                */s/ Richard S. Weitzel*
                Richard S. Weitzel
                Assistant Attorney General