# EXHIBIT A

**CURRICULUM VITAE**

**Sharone Green, M.D.**
Department of Medicine
Division of Infectious Diseases and Immunology
University of Massachusetts Medical School
55 Lake Avenue, North, Room S7-838
Worcester, MA 01655

**CURRENT POSITION:**     Associate Professor, Department of Medicine
University of Massachusetts Medical School

**OFFICE ADDRESS:**     Division of Infectious Diseases and Immunology
University of Massachusetts Medical School
55 Lake Avenue North, S6-862
Worcester, MA 01655

**CURRENT ROLE :**     UMMS Infectious Disease Officer

**DUTIES :**

- Lead a multidisciplinary team that provides oversight of the development of COVID-19 related policies and procedures

- Investigation of viral transmission on campus, including establishment and oversight of a COVID-19 surveillance testing site at the medical school and 10 satellite collection sites

- Collaborate with the Infection Control team at UMass Memorial Medical Center, Employee Health Services and Student Health Services

- Provide expert consultation services in COVID-19 related policies and Infection Control to College of the Holy Cross, Commonwealth Medicine and other local institutions

**EDUCATION:**

| | |
|---|---|
| Research Fellow<br>Infectious Disease and Immunology<br>Laboratory of Francis A. Ennis<br>University of Massachusetts Medical Center, Worcester, MA | 1989-1992 |
| Resident, Internal Medicine<br>Washington Hospital Center, Washington, DC | 1987-1989 |
| Intern, Internal Medicine<br>Washington Hospital Center, Washington, DC | 1986-1987 |
| M.D.<br>Eastern Virginia Medical School<br>Norfolk, VA | 1983-1986 |
| B.A. in Biology(cum laude)<br>Queens College, City University of New York<br>Flushing, NY | 1979-1983 |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| Infection Control Officer<br>University of Massachusetts Medical School | May 2020 - present |
| Associate Professor of Medicine<br>Graduate School of Biomedical Science<br>Immunology and Virology Program | 2008 - present |
| Associate Professor of Medicine<br>Graduate School of Biomedical Science<br>Community and Population Health Research | 2008-present |
| Associate Professor of Medicine<br>Division of Infectious Diseases/Center for Infectious Disease and Vaccine Research<br>University of Massachusetts Medical School | 2000 - present |
| Assistant Professor of Medicine<br>Division of Infectious Diseases/Center for Infectious Disease and Vaccine Research<br>University of Massachusetts Medical School | 1992 – 2000 |

**OTHER POSITIONS AND EMPLOYMENT**

| | |
|---|---|
| Clinical Laboratory Research Director<br>Dengue Hemorrhagic Fever Project<br>Bangkok and Kamphaeng Phet, Thailand | 1994-998 |
| Team Leader<br>Hepatitis A vaccine field trial<br>Armed Forces Research Institute of Medical Sciences Virology Unit<br>Kamphaeng Phet, Thailand | 1992 |

**CERTIFICATION AND LICENSURE**

| | |
|---|---|
| Board Certified, Infectious Diseases | 2018 |
| Diplomate, American Board of Internal Medicine | 1989 |
| Full Medical License, Commonwealth of Massachusetts | 1989 |
| Federal Licensure Examination | 1986 |

**PROFESSIONAL ORGANIZATIONS AND SOCIETIES**

| | |
|---|---|
| American Society of Tropical Medicine and Hygiene | 1993 - present |
| American Society for Microbiology | 1992 - present |
| Infectious Disease Society of America | 1989 - present |
| Massachusetts Infectious Disease Society | 1989 - present |
| Massachusetts Medical Society | 1989 - present |

**AWARDS AND HONORS**

| | |
|---|---|
| Travel Award<br>American Society of Tropical Medicine and Hygiene | 1993 |

| | |
|---|---|
| Edward H. Kass Award for Clinical Excellence<br>Massachusetts Infectious Disease Society | 1990 |
| Citation for Scholastic Achievement<br>American Medical Women's Association | 1986 |
| Scholars Merit Scholarship<br>Queens College | 1979 – 193 |

## COMMITTEE ASSIGNMENTS AND ADMINISTRATIVE SERVICES

### Institutional Service
| | |
|---|---|
| Immunology/Virology Program Retreat Organizer/Co-Chair | 2009 - 2012 |
| In vitro BSL-3 Laboratory Planning Committee | 2009 - 2012 |
| Animal Biocontainment suite/IBC Subcommittee | 2008 - 2010 |
| Mentoring Program | 2008 – 2009 |
| Member, Immunology/Virology Program Committee | 2008 - 2012 |
| Member, Institutional Biosafety Committee | 2004 – 2012 |
| Member, Women's Faculty Committee | 2002 - 2013 |
| Alternate Voting Member, Institutional Biosafety Committee | 2013 - present |
| Non-voting member, Women's Faculty Committee | 2014 – present |
| Member Women's Health Month Event Organizing Committee | 2014 - present |

### National Service

| | |
|---|---|
| Scientific Program Committee Member<br>Virology Section<br>American Society for Tropical Medicine and Hygiene | 2014 - present |
| NIH/NIAID Ad Hoc Reviewer<br>ZRG1 IDM-C 02 New Investigator Special Emphasis  Panel | July 6, 2017 |
| NIH/NIAID Ad Hoc Reviewer<br>Special Emphasis Panel for "Rapid Assessment of Zika Virus (ZIKV) Complications (R21)" | June 2016 |
| Ad Hoc NIH/NIAID Program Reviewer<br>ZRG1 ICP2-B(51) Fogarty Global Infectious Disease Training Program Review | March  2009 |
| Advisor and Consultant, World Health Organization<br>W.H.O. Consultation: Measuring Cell-Mediated Immunity to Dengue Vaccines, Bangkok, Thailand | November 2007 |
| NIH/NIAID Ad Hoc Reviewer<br>ZRG1 IMM- K(12)B Small Business Grants Applications: Non-HIV Microbial Vaccine Development | February 2007 |
| NIH/NIAID Ad Hoc Reviewer<br>Vaccines and Microbial Diseases (VMD) Study Section | June 2007 |
| NIH/NIAID Ad Hoc Reviewer<br>Vaccines and Microbial Diseases (VMD) Study Section | October 2006 |
| NIH/NIAID Ad Hoc Reviewer<br>ZRG1 IMM- G(12)B Small Business Grants Application: Microbial Vaccines | March 2005 |

Advisor, World Health Organization                           September 2004
Workshop on Efficacy Endpoints in Japanese Encephalitis Vaccine Trials

Centers for Disease Control Ad Hoc Reviewer                  August 2004
Special Emphasis Panel on West Nile Virus

Wellcome Trust Ad Hoc Reviewer                              April 2004

NIH/NIAID Ad Hoc Reviewer                                  February 2003
Tropical Medicine Research Centers

**EDUCATIONAL ACTIVITIES**

ID Fellow Lecture Series                                    June 12, 2020
"Viral Hemorrhagic Fevers"

BBS755 Infection and Immune Response                        May 16, 2019
Graduate School of Biomedical Sciences
"Flaviviruses"

ID Fellow Lecture Series                                    June 22, 2018
"Viral Hemorrhagic Fevers"

ID Fellow Lecture Series                                    June 9, 2017
"Zika Virus Update"

Department of Emergency Laboratory Medicine Conference      December 13, 2016
"Zika Virus and Relatives"

Department of Medicine Grand Rounds                         October 6, 2016
"The Emergence of Zika Virus - Trying to Keep Up with a
Moving Target."

Pediatric Grand Rounds                                     Sept. 23, 2016
"What Pediatricians (and Other Clinicians) Need to Know
about Zika Virus"

Infectious Diseases Lecture Series                          June 1, 2016
"Zika virus: another flavivirus emerges on the scene"

InterSpecialty Grand Rounds                                 May 13, 2016
"Zika virus infection: what clinicians in Massachusetts
need to know"

Infectious Disease Fellow Lecture Series                    April 1, 2016
"Viral Hemorrhagic Fevers"

Pre-travel information meeting for medical and nursing students   February 24 and 27, 2016
"Zika virus: what you need to know before you travel to
the Dominican Republic"

CIDVR Viral Immunology Research Presentation                May 5, 2015

Early Event in West Nile virus infection

CIDVR Viral Immunology Research Presentation                January 9, 2014
Human Immune Responses to Japanese encephalitis virus

CIDVR Viral Immunology Research Presentation                January 6, 2014
Humoral Immune Responses to Japanese encephalitis virus

CIDVR Viral Immunology Research Presentation                December 10, 2012
Early Events in Human West Nile virus infection

UMMHC Infectious Disease Research Lecture Series            November 2012
"West Nile virus: the good, the bad and the ugly"

Case discussion leader                                      May 2011
MDP740 Research Tutorial in Biomedical Sciences

Department of Medicine Clinical Pathology Conference        October 2009
Moderator with Internal Medicine Resident, Pavlo Sakhatskyy
"Hunted by the Past"

Case discussion leader                                      2008
BBS 751 Introduction to Immunology

CIDVR Viral Immunology Research Presentation                June 30, 2008
Generation of flavivirus-specific CD8 T cells from naïve hosts

CIDVR Viral Immunology Research Presentation                July 23, 2007
"Durability and effect of aging on vaccinia-specific CD8 T
cell responses in mice"

CIDVR Viral Immunology Research Presentation                May 14, 2007
"Human and murine CD8 T cell responses to West Nile virus"

CIDVR Viral Immunology Research Presentation                August 14, 2006
"Immune mechanisms of protection from West Nile virus
challenge in heterologous flavivirus immune mice"

CIDVR Viral Immunology Research Presentation                May 30, 2006
"Update on human cross-reactive CD8 T cell responses
to West Nile virus"

CIDVR Viral Immunology Research Presentation                April 10, 2006
"Immune mechanisms of protection from West Nile virus
challenge in heterologous flavivirus immune mice"

CIDVR Viral Immunology Research Presentation                October 17, 2005
"Human T cell responses to West Nile virus in recipients of
ChimeriVax-WN (YF/WN) vaccine"

CIDVR Viral Immunology Research Presentation                August 12, 2005
"Identification of human T cell responses to West Nile virus"

| | |
|---|---|
| Department of Neurology Resident Lecture Series<br>West Nile virus and other human encephalitis viruses | 2006 – 2007 |
| CIDVR Immunology Journal Club | 2004 – 2014 |
| Infectious Disease Journal Club | 2000 - present |
| Case Discussion Leader<br>2nd Year Medical Students<br>Department of Medicine, Division of Infectious Diseases | 2000 – 2009 |
| Laboratory Meetings<br>CIDVR | 1998 - 2011 |
| Department of Medicine Research Lecture Series<br>"Immune Activation in Dengue" | February 1999 |
| UMMC Infectious Disease Research Lecture Series<br>"Update on Clinical Research in Kamphaeng Phet, Thailand" | November 1998 |
| UMMC Department of Medicine Grand Rounds<br>"Pathogenesis of Dengue Hemorrhagic Fever" | June 1998 |
| Organizer, Immunology Journal Club | 1992 - 1994 |
| Preceptor<br>Physical Diagnosis Course | 1991 |

**MENTORING**

| | |
|---|---|
| Peter Trenh (IMP)<br>Graduate Student, GSBS<br>Role: Dissertation Exam Committee member | May 2018 |
| Kuan-Hung Lin (BMP)<br>Graduate Student, GSBS<br>Role: Dissertation Exam Committee member | September 2016 |
| Peter Trenh (IMP)<br>Graduate Student, GSBS<br>Role: TRAC Committee member | September 2016 – April 2018 |
| Kuan-Hung Lin (BMP)<br>Graduate Student, GSBS<br>Role: TRAC Committee member | June 2012 – June 2016 |
| Zu Ting Shen<br>Graduate Student, GSBS<br>Role: Dissertation Exam Committee member | Summer 2012 |
| Kuan-Hung Lin (BMP)<br>Graduate Student, GSBS<br>Role: Qualifying Exam Committee member | June 2012 |

Cara West                                             March 2011
Graduate Student, GSBS (IVP)
Role: Qualifying Exam Committee member

Glen Gallagher                                        Fall 2010
Graduate Student, GSBS
Role: Rotation Advisor

Rachel Buglione-Corbett                               November 2010
MD/PhD student
Role: Qualifying Exam Committee member

Voraphoj Nilaratanakul, MD                            December 2009
Infectious Disease Fellow
Chulalongkorn University
Bangkok, Thailand
Role: Visiting Scientist Advisor

Jirayu Visuthranukul, MD                              December 2009
Infectious Disease Fellow
Chulalongkorn University
Bangkok, Thailand
Role: Visiting Scientist Advisor

Varun Kapoor                                          April 2009
Graduate Student, GSBS (IVP)
Role: Qualifying Exam Committee member

Heidi Smith, MD, PhD                                  July 2007 – June 2010
Infectious Disease Research Fellow
Role: co-Research Advisor

Derek Trobaugh                                        2006 – March 2012
Graduate Student, GSBS (IVP)
Role: Thesis Advisor

James Potts                                           2007 – July 2010
Graduate Student, GSBS (CPHR)
Role: Advisor and TRAC Committee Member

Takashi Shikina, MD, PhD                              April 2007 – April 2010
Postdoctoral Fellow
Role: Research Advisor

Derek Trobaugh                                        Fall 2006
Graduate Student, GSBS (IVP)                          Summer 2007
Role: Rotation Advisor

Rekha Singh, MD, PhD                                  June 2006 – May 2009
Postdoctoral Fellow
Role: Research Advisor

Ryan Nistler                                          Spring 2006

Graduate Student, GSBS (IVP)
Role: Rotation Advisor

Christine St. Pierre                                        Spring 2006
Graduate Student, GSBS (IVP)
Role: Rotation Advisor

Kristin Duckett                                             Fall 2005
Graduate Student, GSBS
Role: Rotation Advisor

Iva Zivna, MD                                              July 2004 – June 2005
Infectious Disease Research Fellow
Role: Research Advisor

Pra-On Supradish, MD                                       June 2004 – June 2007
Postdoctoral Fellow
Role: Research Advisor

Kamolwish Laoprasopwattana, MD                            April 2002 – February 2005
Postdoctoral Fellow
Role: Research Advisor

## GRANTS

### Current Funding

None

### Pending Funding

None

### Completed Funding

P01 AI34533-20 NIH/NIAID (PI: AL Rothman)                 07/18/13-6/30/18
"Flavivirus Infections: Pathogenesis and Protection"
Role: Project Leader, Project 1
The major goals of this Program Project are to understand the immunopathology of dengue hemorrhagic
fever (DHF) and dengue shock syndrome (DSS), the severe complications of dengue virus infections.

Pilot Program Project (PI: TF Kowalik)                    03/31/17-03/31/18
UMass Office of Global Health Pilot Program Project
"Establishment of Clinical and Laboratory Infrastructure for the Study of *Aedes aegypti*-borne Virus
Infections in Ecuador
Role: Co-investigator
The goal of this project is to establish a clinical and laboratory collaboration for the study of mosquito-
borne viruses in Ecuador, with an emphasis on viral pathogenesis.

Pilot Program Project                                      04/01/16-3/31/17
UMass Center for Clinical and Translational Science Pilot Program Project
"Innate Immunity Recognition of Chikungunya Virus"
Role: PI

The goal of this project is to define innate immune signaling pathways utilized by Chikungunya virus in murine and human cells.

Pilot Program Project                                                                        04/30/16-04/29/17
UMass Office of Global Health Pilot Program Project
"Role of the human gastrointestinal microbiome in acute dengue disease severity"
Role: PI
The goal of this project is to associate clinical, virologic and immunologic outcomes with the gastrointestinal microbiome in adults and children in Thailand with acute dengue.

U19AI057234 (PI: YJ Liu)
"Harnessing Human DC Subsets for Improved Mucosal Vaccines"
Sub-Award: "Humoral Immune Responses to Japanese Encephalitis Vaccines"   05/1/13 – 4/30/15
Role: PI
The goal of this project is to evaluate humoral immune responses to licensed and candidate Japanese encephalitis vaccines and to generate and characterize human monoclonal antibodies generated from vaccine recipients

U19 AI57319-10, NIH/NIAID (PI: R Finberg)                                             04/01/09-3/31/14
"Cellular Immunity to Class A-C viruses"
Role: Project Leader, Project 3
The major goals of this project are to determine the effect of flavivirus-specific CD4+ and CD8+ T cell responses induced by primary flavivirus infection on the immune response to subsequent infection with other flaviviruses in order to help to elucidate beneficial and detrimental aspects of heterologous viral immunity which may help in the development of novel vaccines against these biological threats.

N01 AI25490 -8 NIH/NIAID (PI: LD Kramer)                                              09/27/02-9/26/10
"West Nile and Pox Viruses: Ecology, Pathogenesis and Immunity"
Role:  Project Leader
The major goals of this project are to examine the role of T cells in pathogenesis and protection from West Nile virus in humans and mice, and to study the role of T cells in protection from vaccinia virus in a mouse model.

Sanofi Pasteur Biologics, Inc.                                                              10/01/09-12/31/10
Immunology Studies for Acambis H244-004
Role: Principal Investigator
The goals of these studies are to define cellular immune responses induced by a novel West Nile virus vaccine in support of a Phase II clinical trial

K08 AI01729, NIH/NIAID (PI: S Green)                                                  07/01/00-06/30/05
Mentored Clinical Scientist Development Award
"Human Immune Responses to Yellow Fever Virus"
Role:  PI
The major goals of this project are training and research in human immune responses to yellow fever virus.

N01 AI05394 (PI: P Markham)                                                              06/26/00-6/25/05
(Subcontract PI: Shan Lu)
HIV Vaccine Design and Development
Role: Co-investigator
The major goal of this project is to perform pre-clinical and clinical cellular immunology assays in support of the development of candidate DNA vaccines against HIV.

V22/181/131 World Health Organization                                                 09/01/00-8/31/02

Global Programme for Vaccines and Immunization
Vaccine Research & Development
Role: PI
"Specificity of Human T Cell Responses to Japanese encephalitis (JE)"
The major goals of this project are to measure human T cell responses to natural JE infection and vaccination with inactivated JE vaccine, and to develop standards for the measurement of T cell responses as an adjunct marker of immunogenicity for clinical trials of second-generation of JE vaccines

## EDITORIAL WORK

Ad Hoc Reviewer for the following journals:

| | |
|---|---|
| Journal of Immunology | 2009 - present |
| European Journal of Immunology | 2009 - present |
| Journal of Experimental Medicine | 2008 - present |
| Journal of Leukocyte Biology | 2008 – present |
| Journal of Infectious Diseases | 2006 - present |
| American Journal of Tropical Medicine and Hygiene | 2006 - present |
| Journal of General Virology | 2005 - present |
| Journal of the American Medical Association | Sept. 2004 |
| Emerging Infectious Diseases | 2004 - present |
| Viral Immunology | 2004 - present |
| Journal of Virology | 2002 - present |
| Virology | 2000 - present |

## ABSTRACTS AND PRESENTATIONS

### Oral Presentations/Invited Speaker

1. SARS-CoV-2 and COVID-19: Past, Present, Future. *MassBiologics Leaders in Innovation Seminar*, March 26, 2021.
2. COVID-19 Preparedness: Preparing for the Next Wave. Lessons Learned and the Road Ahead. *NorthEast Regional Life Sciences Core Directors (NERLSCD) 2020 Virtual Meeting*, October 16, 2020.
3. Clinical Research in Dengue and Zika viruses. *Centro de Investigación Biomedica, Facultad de Ciencias de la Salud, Eugenio Espejo Universidad Tecnologica Equinococcial,* Quito, Ecuador. March 27, 2017
4. Zika Virus: Another Emerging Virus in the Americas. *UMMS Committee on Equal Opportunity and Equal Opportunity (CEOD) International Committee, UMass Medical School*, Worcester, MA, February 28, 2017.
5. Zika virus and related diseases. *Department of Emergency Medicine Laboratory Conference, Quest Laboratories*, Marlborough, MA, December 13, 2016.
6. Zika virus: the latest emerging virus in the hood. *2016 New England Biological Safety Association Symposium, UMass Medical School*, Worcester, MA, November 3, 2016.
7. The Emergence of Zika Virus – Trying to Keep Up with a Moving Target. *Department of Medicine Grand Rounds, UMass Medical School*, Worcester, MA, October 6, 2016.
8. Zika virus infection: what pediatricians (and other clinicians) need to know. *Pediatric Grand Rounds, UMass Medical School*, Worcester, MA, September 23, 2016.
9. Zika virus: a new flavivirus emerges in the Western Hemisphere. *Infectious Disease Lecture Series, UMass Medical School,* Worcester, MA, June 1, 2016.
10. Zika virus infection: what clinicians in Massachusetts need to know. *Inter-specialty Grand Rounds, UMass Memorial Medical* Center, Worcester, MA, May 13, 2016
11. Zika virus biology and pathogenesis. *Zika Global Public Health Symposium, UMASS Boston*, May 2-3, 2016.

12. Zika virus: Lessons learned from related flaviviruses. *Infectious Disease Grand Rounds, Boston University Medical Center*, Boston, MA, April 28, 2016.

13. Cross-protective responses to heterologous flavivirus infections. *NIAID/NIH Program Meeting: Cooperative Centers for Translational Research on Human Immunology and Biodefense,* Bethesda, MD. November 29, 2012.

14. West Nile virus: The good, the bad and the ugly. *Infectious Disease Lecture Series*, University of Massachusetts Medical School, Worcester, MA, November 7, 2012.

15. The role of pre-existing immunity to flaviviruses and impact on secondary heterologous infection: implications for vaccines. *6th Annual Vaccine Renaissance Conference*, Providence, RI, October 15-16, 2012.

16. Flaviviruses: Yin yang of heterologous immunity – an update. *NIAID/NIH Program Meeting: Cooperative Centers for Translational Research on Human Immunology and Biodefense,* Atlanta, GA, December 12-14, 2011.

17. T cell responses and generation of memory to Yellow Fever, *NIAID Workshop:  Flavivirus Immune Epitope Analysis*, Bethesda, MD, September 16, 2009.

18. Immunopathogenesis of dengue hemorrhagic fever, *AFRIMS-CDC 1st Scientific Conference on Zoonotic and Vector-borne Diseases*, Bangkok, Thailand, June 25-26, 2009.

19. Dengue hemorrhagic fever: pathogenesis of plasma leakage, *Prince of Songkla University*, Songkla, Thailand, June 22, 2009.

20. Characterization of cross-reactive T cell responses following primary and secondary heterologous flavivirus infections, *UMMS Immunology Virology Program Retreat*, South Yarmouth, MA June 11-12, 2009

21. Classification of severe dengue illness and value of regression tree (CART) analysis to predict early disease classification. *DMID International Research in Infectious Diseases Meeting*, Bethesda, MD, May 12-14, 2009.

22. Altered virus-specific CD8+ T cell responses in heterologous flavivirus infections, *NIAID/NIH meeting on Advances in West Nile Virus Research*, Washington, DC, Feb 5-6, 2009.

23. Immunopathogenesis of heterologous flavivirirus infections. *UMMS Immunology Virology Program In-House Seminar Series*, University of Massachusetts Medical School, Worcester, MA, April 9, 2008.

24. Cell-mediated immune responses to dengue virus infection. *World Health Organization Workshop: WHO Informal Consultation on Measuring Cell-Mediated Immunity to Dengue Vaccines*, Bangkok, Thailand, November 27-28, 2007.

25. Yin yang of heterologous flavivirus infection. *Boston University Medical Center*, October 29, 2007.

26. Pre-existing immunity to flaviviruses: impact on subsequent infection with heterologous viruses. *UMMS Immunology Virology Program Retreat*, Hancock, MA, October 11-12, 2007.

27. Human CD8 T cell responses to a chimeric YF/WN virus vaccine. *NIAID meeting of investigators, U19 Centers for Translational Research of Human Immunology in Biodefense*, Stanford University, Palo Alto, CA, May 2, 2007.

28. Immunopathology of dengue hemorrhagic fever and implications for dengue vaccine clinical trials. Symposium organizer and session chair. At the *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 15, 2006, Atlanta, GA.

29. Immunopathogenesis of dengue hemorrhagic fever. At the *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 15, 2006, Atlanta, GA.

30. Human CD8+ T cell responses to a candidate live-attenuated chimeric West Nile virus vaccine. At the *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2006, Atlanta, GA.

31. Update on immunologic aspects of heterologous flavivirus infections, *NIAID meeting of investigators, U19 Centers for Translational Research of Human Immunology in Biodefense*, Bethesda, MD, April 3, 2006.

32. Yin yang of heterologous flavivirus infections. *NIAID meeting of investigators, U19 Centers for Translational Research of Human Immunology in Biodefense*, Baylor University, Dallas, TX, June 27, 2005.

33. Immunology and pathogenesis of West Nile and vaccinia viruses. *NIH/NIAID investigators' meeting , US Collaborations for Emerging Viruses and Prion Diseases*, Albany, NY, May 4, 2005.

34. Immune responses to flavivirus infection. At the At the Symposium on Virus-Host Interactions at the *53rd Annual Meeting of the American Society of Tropical Medicine and Hygiene* Nov 5-11, 2004, Miami, FL.

35. T cell assays as biomarkers for Japanese encephalitis vaccine efficacy. At the *World Health Organization Workshop on Efficacy Endpoints in Japanese Encephalitis Vaccine Trials*, September 2-3, 2004, Geneva, Switzerland.

36. Japanese encephalitis vaccine clinical trials: Is there a need for T cell studies? At the *World Health Organization Workshop on Efficacy Endpoints in Japanese Encephalitis Vaccine Trials*, September 2-3, 2004, Geneva, Switzerland.

37. Immunopathogenesis of human flavivirus infections. *Infectious Disease Rounds, New England Medical Center*, September 7, 2004.

38. Immunopathogenesis of dengue virus infections in humans. At the *Eastern New York Regional Meeting of the American Society of Microbiology*. October 15-16, 2002.

39. Early CD69 expression in dengue hemorrhagic fever. At the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28-December 2, 1999, Washington DC.

40. Acute immune activation in dengue fever/dengue hemorrhagic fever. At the Symposium on Immunopathogenesis of Dengue Hemorrhagic Fever, *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28 – December 2, 1999, Washington, DC.

41. Early immune activation in dengue hemorrhagic fever. At the Flavivirus Vaccine Research Pre-session, *Fifth International Positive Strand RNA Symposium*, May, 1998, St. Petersburg, Florida.

42. Elevated plasma interleukin-10 levels in children with acute dengue. At the *46th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 7-11, 1997, Lake Buena Vista, Florida.

43. Human immune response to dengue viruses. *Kinki University School of Medicine*, December 29, 1996, Osaka, Japan.

44. Elevated plasma levels of soluble TNF receptor (80kDa) in dengue hemorrhagic fever: an early marker of disease severity. At the *45th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* December 1-5, 1996, Baltimore, Maryland.

45. Human CD4+ and CD8+ T lymphocyte responses to dengue viruses: Implications for pathogenesis of dengue hemorrhagic fever. At the *WHO Meeting on Development of Vaccines and Rapid Diagnostics Against Dengue and Japanese Encephalitis*, August, 11, 1996, Tel Aviv, Israel.

46. Early events in dengue hemorrhagic fever. At the *Symposium on Modern Approaches to Flavivirus Vaccines*, June 19-21, 1996, Vienna, Austria.

47. Plasma cytokine levels and T cell activation markers in children with acute dengue. At the *44th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 17-25, 1995, San Antonio, Texas.

48. Early events in the immunopathogenesis of dengue: a study of Thai children with suspected dengue infection. At the Flavivirus Vaccine Research Pre-session, *The Fourth International Positive Strand RNA Symposium*, May 25, 1995, Utrecht, Netherlands.

49. The immunopathogenesis of dengue hemorrhagic fever. *Fourth Annual Scientific Meeting of the Virology Association of Thailand*, December 9, 1994, Bangkok, Thailand.

50. Siblings with suspected dengue virus infection, Kamphaeng Phet, Thailand. At the *43rd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 13-17, 1994, Cincinnati, Ohio.

51. An analysis of dengue virus-specific CD4+ cytotoxic T cell clones derived from a recipient of an experimental live-attenuated dengue-1 vaccine. At the *42nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, October 31-November 4, 1993, Atlanta, Georgia.

52. Human T lymphocyte responses to dengue viruses. *Tel Aviv University*, April 8, 1993.

**Posters and Abstracts**

1. Srikiatkhachorn S, Buddhari D, Weg AL, Rungsimanphaiboon K, Ouppapong A, Kaewhiran S, Shaisirirat J, Rothman AL, Fernandez S, Sollers B, **Green S**. Decreased muscle oxygenation and pH are early and sensitive indicators for dengue severity. *2021 Annual Meeting of the American Society of Tropical Medicine and Hygiene*, National Harbor, MD, November 17-21, 2021.

2. Woda M, Friberg H, Currier JR, Srikiatkhachorn A, Macareo LR, Green S, Jarman RG, Rothman AL, Mathew A. Fluorescently labeled flaviviruses to track antigen-specific B cells. *65th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Atlanta, GA, November 12-12, 2016.

3. Soller B, Srikiatkhachorn A, Rothman AL, Thomas S, Kalayanarooj S, **Green S**. Noninvasive SmO2 as an indicator of hemoconcentration in dengue patients. *Society of Critical Care 43rd Critical Care Congress*, San Francisco, CA, January 9-13, 2014.

4. Kirawittaya T, Yoon IK, Wichit S, **Green S**, Ennis FA, Gibbons RV, Thomas SJ, Rothman AL, Kalayanarooj S, Srikiatkhachorn A. Cardiac involvement in pediatric dengue: a serial echocardiographic study. *63rd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, New Orleans, LA, November 2-6, 2014.

5. Townsley E, O'Connor G, Cosgrove C, Woda M, Co M, Thomas SJ, Kalayanarooj S, Yoon IK, Nisalak A, Srikiatkhachorn A, **Green S**, Stephens HAF, McVicar D, Alter G, Rothman AL, Mathew A. Interaction of a dengue-specific CD8+ T cell NS1 epitope with KIR3DL1 on NK cells reveals an underappreciated role for NK cells in impacting dengue disease severity. *63rd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, New Orleans, LA, November 2-6, 2014.

6. Soller B, Srikiatkachorn A, Zou F, Rothman AL, Kalayanarooj S, Thomas SJ, Gibbons RV, **Green S**. Identification of plasma leakage in dengue with noninvasively determined muscle oxygen saturation – a pilot study. *62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Washington, DC, November 13, - 17, 2013.

7. McGinnes LW, **Green S**, Trobaugh D, Massare MJ, Smith G, Schmidt MR, Woodland RT, Bhattacharjee B, Renzette N, Kowalik T, Morrison TG. Newcastle disease virus-like particles as a platform for virus vaccine development. *Virus-like Particles and Nano-particle Vaccines*, Cannes, France, November 28-30, 2012.

8. Townsley E, Woda M, Kalayanarooj S, Thomas SJ, Gibbons RV, Nisalak A, Srikiatkhachorn A, **Green S**, Stephens HAF, Rothman AL, Mathew A. CD8 T cell responses to a highly conserved HLA-B57 restricted dengue virus epitope. *61st Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Atlanta, GA, November 11-15, 2012.

9. Anderson KB, Gibbons RV, Rothman AL, Cummings DAT, Nisalak A, Libraty DH, Jarman RG, **Green S**, Srikiatkhachorn A, Mammen MP, Yoon IK, Endy TP. A shorter time interval between first and second dengue infections is associated with protection from clinical illness in a prospective school-based cohort in Thailand. *61st Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Atlanta, GA, November 11-15, 2012.

10. Yoon, IK, Getis A, Aldstadt J, Rothman AL, Tannitisupawong D, Koenraadt CJM, Fansiri R, Jones JW, Morrison AC, Jarman RG, Nisalak A, Mammen MP Jr, Thammapalo S, Srikiatkhachorn A, **Green S**, Libraty DH, Gibbons RV, Endy TP, Pimgate C, Scott TW. Fine Scale Spatiotemporal Clustering of Dengue Virus Transmission in Children and *Aedes aegypti* in Rural Thai Villages. NIAID/DMID International Research in Infectious Diseases Meeting, Bethesda, MD, May 29-31, 2012.

11. Yoon, IK, Getis A, Aldstadt J, Rothman AL, Tannitisupawong D, Koenraadt CJM, Fansiri R, Jones JW, Morrison AC, Jarman RG, Nisalak A, Mammen MP Jr, Thammapalo S, Srikiatkhachorn A, **Green S**, Libraty DH, Gibbons RV, Endy TP, Pimgate C, Scott TW. Fine Scale Spatiotemporal Clustering of Dengue Virus Transmission in Children and *Aedes aegypti* in Rural Thai Villages. *15th International Conference on Infectious Diseases*, Bangkok, Thailand, June 13-16, 2012.

12. Srikiatkhachorn A, Wichit S, Gibbons RV, **Green S**, Libraty DH, Endy TP, Ennis FA, Kalayanarooj S, Rothman AL. Dengue viral RNA levels in peripheral blood mononuclear cells are associated with disease severity and preexisting dengue immune status. *15th International Conference on Infectious Diseases*, Bangkok, Thailand, June 13-16, 2012.

13. Soller B, **Green S**, Srikiatkhachorn, Zou F, Rothman AL, Kalanarooj S, Thomas SJ. Noninvasive assessment of plasma leakage in dengue with near infrared spectroscopy (NIRS) – preliminary results. *Society of Critical Care's 41st Critical Care Congress*, Houston, TX, February 4 – 8, 2012.

14. Thomas SJ, Srikiatkhachorn A, Zou F, **Green S**, Scott P, Ellerby G, Kalayanarooj S, Soller B. Dengue hemorrhagic fever as a surrogate for hemorrhage: tracking progression with $SmO_2$ monitoring (initial results). *Advanced Technology Applications for Combat Casualty Care 2011 Conference*, Ft. Lauderdale, DL, August 15-18, 2011.

15. Trobaugh DW, Terajima M, **Green S**. Cross-reactive CD8+ T cell responses during West Nile virus and Japanese encephalitis virus secondary infection depend on the primary infection. *30th Annual Meeting of the American Society for Virology*, Minneapolis, MN, July 16-20, 2011.

16. Trobaugh DW, Terajima M, **Green S**. Cross-reactive CD8+ T cell responses during West Nile virus and Japanese encephalitis virus secondary infection depend on the primary infection. *2011 Annual IHII/McLaughlin Colloquium*, Galveston, TX, March 25, 2011.

17. Thomas SJ, Srikiatkhachorn A, Zou F, **Green S**, Scott P, Ellerby G, Kalayanarooj S, Soller BR. Dengue hemorrhagic fever as a surrogate for hemorrhage: tracking progression with SmO2 monitoring (initial results). *Advanced Technology Applications for Combat Casualty Care conference*, Ft. Lauderdale, FL, Aug. 24, 2011.

18. Stewart BS, Chadwick CM, **Green S**, Bernard KA. IL-10 and PD-L1 impair the T cell response in the central nervous system during persistent West Nile virus infection. *59th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Atlanta, GA, November 3-7, 2010.

19. Stewart BS, **Green S**, Bernard KA. Impairment of the T cell response in the central nervous system during persistent West Nile virus infection. *29th Annual Meeting of the American Society for Virology*, Bozeman, MT. July 17-21, 2010.

20. Trobaugh DW, **Green S**. Delayed T cell response to heterologous flavivirus challenge in West Nile virus immune mice. *Immunology Virology Program Retreat*, South Yarmouth, MA, June 3-4, 2010.

21. Trobaugh DW, Ennis FA, **Green S**. Altered effector functions of virus-specific and -cross-reactive T cells in mice immunized with related flaviviruses. *Keystone Symposium on Viral Immunity*, Banff, Canada, March 21-26, 2010.

22. Stewart BS, **Green S**, Bernard KA. T cell response is impaired in the central nervous system during persistent West Nile virus infection. *Keystone Symposium on Viral Immunity*, Banff, Canada, March 21-26, 2010.

23. Stephens HA, Vejbaesya S, Luangtrakool P, Luangtrakool K, Kalayanarooj S, Vaughn DW, Endy TP, Mammen MP, **Green S**, Libraty DH, Ennis FA, Rothman AL. Tumor necrosis factor (TNF) and lymphotoxin-alpha (LTA) gene associations with dengue virus infection in ethnic Thais. *58th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Washington, DC, November 18-22, 2009.

24. Potts JA, Kalayanarooj S, Nimmannitya S, Srikiatkhachorn A, Nisalak A, Vaughn DW, Endy TP, Libraty DH, **Green S**, Rothman AL. Classification of dengue illness based on readily available laboratory data. *58th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Washington, DC, November 18-22, 2009.

25. Smith H, Monath TP, Pazoles P, Rothman AL, Ennis FA, Guirakhoo F, **Green S**. Characterization of antigen-specific memory CD8+ T cells following live-attenuated chimeric West Nile virus vaccination. *58th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, Washington, DC, November 18-22, 2009.

26. **S Green**, FA Ennis and A Mathew, (2009). "Longterm recall of memory CD8+ T cells in mice to first and third generation smallpox vaccines", presented at the Cold Spring Harbor Laboratories meeting on Harnessing immunity to prevent and treat diseases, Cold Spring Harbor, NY, November 11-14, 2009.

27. Buckingham KJ, Bigham AW, Husain S, Kriesel J, Rutherford A, Astakhova NM, Perelygin AA, Sejvar JJ, Hayes EB, Busch MP, **Green S**, Murray KO, Brinton MA, Bamshad MJ. Host genetic susceptibility factors for severe West Nile virus infection. *59th Annual Meeting of the American Society of Human Genetics*. October 24 – 29, 2009.

28. Stewart BS, Demarest V, Wong S, **Green S**, Bernard KA. West Nile virus is able to persist in central nervous system of the murine host despite the presence of WNV specific immune cells. *American Society of Virology 28th Annual Meeting*, Vancouver, BC, July 11-15, 2009.

29. Trobaugh DW and **Green S**. Characterization of cross-reactive T cell responses following primary and secondary heterologous flavivirus infections. *Immunology Virology Program Retreat*, South Yarmouth, MA, June 11-12, 2009.

30. Srikiatkhachorn A, Potts J, Kalayanarooj S, Nimmannitya S, Nisalak A, Vaughn DW, Endy TP, Libraty DH, Rothman AL, **Green S**. Classification of severe dengue illness and value of regression tree

(CART) analysis to predict early disease classification. *DMID International Research in Infectious Diseases Meeting*, Bethesda, MD, May 12-14, 2009.

31. **Green S.** Altered virus-specific CD8+ T cell responses in heterologous flavivirus infections, *NIAID/NIH meeting on Advances in West Nile virus research,* Washington, DC, Feb 5-6, 2009.

32. Trobaugh DW, Yang L, Ennis FA, **Green S**. Qualitative and quantitative differences in effector functions of virus-specific and virus-cross-reactive T cells in mice immunized with closely related flaviviruses. *Keystone Symposium on Immunologic Memory and Host Defense*, Keystone, CO, Feb. 8-13, 2008.

33. Pavlin JA, Hickey AC, Ulbrandt N, Chan Y-P, Endy TP, Boukhvalova MS, Chunsuttiwat A, Nisalak A, Libraty DH, **Green S**, Rothman SL, Ennis FA, Jarman R, Gibbons RV, Broder CC. Human Metapneumovirus reinfection in Kamphaeng Phet Province, Thailand, determined by ELISA using purified soluble fusion protein. *XI Annual Symposium on Respiratory Viral Infections,* February 2008, Bangkok, Thailand.

34. Stewart BS, Demarest V, Wong S, **Green S**, Bernard KA. West Nile virus induces the recruitment of virus specific antibody secreting cells to the mouse brain during persistent infection. *57th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 7-11, 2008, New Orleans, LA.

35. Potts JA, Kalayanarooj S, Nimmannitya S, Srikiatkhachorn A, Nisalak A, Vaughn DW, Endy TP, Libraty DH, **Green S**, Rothman AL. Classification and regression tree (CART) analysis using clinical laboratory variables known to be associated with dengue to establish early disease classification. *57th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 7-11, 2008, New Orleans, LA.

36. Wang S, Kennedy JS, West K, Montefiore DC, Coley S, Lawrence J, Shen S, **Green S**, Rothman AL, Ennis FA, Arthos J, Pal R, Markham P, Lu S. Cross-subtype antibody and cellular immune responses induced by a polyvalent DNA prime-protein boost HIV-1 vaccine in healthy human volunteers. *Vaccine Congress,* December 9-11, 2007, Amsterdam, The Netherlands.

37. Nisalak A, Halstead SB, Endy TP, Thaisomboonsuk B, Rothman AL, **Green S**, Gibbons RV, Jarman RG. Sequence of infection rates determined using single dilution neutralization assay from 1998-2001 Kamphaeng Phet Thailand prospective study. *56th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2007, Philadelphia, PA.

38. Jarman RG, Klungthong C, Thaisomboonsuk B, Nisalak A, Rothman AL, **Green S**, Thomas SJ, Toussaint JF, Kalayanarooj S, Gibbons RV. Analysis of NS-1 antigen and viremia in hospitalized dengue hemorrhagic fever and dengue fever patients in Thailand. *56th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2007, Philadelphia, PA.

39. Potts JA, Kalayanarooj S, Nimmannitya S, Srikiatkhachorn A, Nisalak A, Vaughn DW, Li W, **Green S**, Rothman AL. Analysis of agreement between individual and combined clinical and laboratory findings and an expert physician's diagnosis of dengue hemorrhagic fever. *56th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2007, Philadelphia, PA.

40. **Green S**, Monath TP, Yang L, Terajima M, Roberts DM, Rothman AL, Kennedy JS, Ennis FA. Human CD8+ T cell responses to a candidate live-attenuated chimeric West Nile virus vaccine. **Oral presentation** at the *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2006, Atlanta, GA.

41. Gibbons RV, Ajariyankhajorn C, Nisalak A, Jarman RG, **Green S**, Mammen MP, Perng GC. AB blood group appears to be a risk factor for severe dengue disease in secondary dengue infection. *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2006, Atlanta, GA.

42. Jarman RG, Klungthong C, Rodpradit R, Chusak P, Gibbons RV, Koenraadt S, Thammapalo S, Thaisomboonsuk B, Jones JM, Nisalak A, Endy TP, Libraty DH, Ennis FA, Rothman AL, Srikiatkhachorn A, Sithisiprasasna R, **Green S**, Scott TW, Mammen MP. Dengue viral sequence analysis from both human and mosquito samples isolated during cluster investigations in Kamphaeng Phet, Thailand. *55th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 4-8, 2006, Atlanta, GA.

43. Thomas SJ, Pardo J, Martin NC, Endy TP, **Green S**, Porter KR, Burgess TH. DC-SIGN neutralization assay demonstrates high serotype specificity with paired sera from primary dengue infections. *54th*

*Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 11-15, 2005, Washington DC.

44. **Green S**, Yang L, Fenton-Noriega L, Maeda K, Greiner D, Monath TP, Bernard KA, Ennis FA. Protection from West Nile virus challenge in heterologous flavivirus immunized mice. *54th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 11-15, 2005, Washington DC.

45. Bashyam H, Toyosaki Maeda T, Stephens HA, Mammen MP, Endy TP, Vaughn DW, Kalayanarooj S, Libraty DH, **Green S**, Ennis FA, Rothman AL. Frequency and phenotypic analysis of dengue epitope-specific T cell sin infected Thai subjects during acute illness and convalescence. *54th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 11-15, 2005, Washington DC.

46. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Vaughn DW, Ennis FA, Rothman AL, **Green S**. The role of pre-existing dengue virus (DV)-specific antibody-dependent cellular cytotoxicity in heterologous secondary dengue virus infections. *54th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 11-15, 2005, Washington DC.

47. Srikiatkhachorn A, Krautrachue A, Ratanaprakarn A, Wongtapradit L, Nithipanya N, Kalayanarooj S, Nisalak A, Thomas SJ, Gibbons RV, Mammen MP, Libraty, DH, Ennis FA, Rothman AL, **Green S**. Detection of plasma leakage in dengue infected patients by serial ultrasonographic studies. *54th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 11-15, 2005, Washington DC.

48. Maeda K, Ennis FA, **Green S**. Cross-protection from West Nile virus challenge in flavivirus-infected mice. *Japanese Society of Veterinary Science*,

49. Anderson KB, Nisalak A, Chunsuttitwat S, Mammen MP, **Green S**, Rothman AL, Vaughn DW, Libraty DH, Ennis FA, Endy TP.  Relative Costs and Disability Due to Dengue in Thailand: An Epidemiological Approach. *53nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 7-11, 2004, Miami, FL.

50. **Green S**, Yang, L, Fenton-Noriega F, Maeda K, Greiner D, Monath TP, Ennis FA. Immune mechanisms of protection from West Nile virus challenge in heterologous flavivirus immune mice. *53nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 7-11, 2004, Miami, FL.

51. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Vaughn DW, Ennis FA, Rothman AL, **Green S**. Antibody dependent cellular cytotoxicity mediated by pre-illness plasma is inversely correlated with plasma viremia levels in secondary dengue-3 virus infections. *53nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 7-11, 2004, Miami, FL.

52. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Vaughn DW, Ennis FA, Rothman AL, **Green S**. Dengue virus enhancing activity in pre-illness plasma from Thai children with secondary dengue-3 virus infections does not correlate with disease severity or plasma viremia levels. *Seventh International Symposium on Positive-Strand RNA viruses*, May 27-June 1, 2004, San Francisco, CA.

53. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Vaughn DW, Ennis FA, Rothman AL, **Green S**. Dengue virus enhancing activity in pre-illness plasma from Thai children with secondary dengue-2 virus infections does not correlate with disease severity or plasma viremia levels. *52nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 3-7, 2003, Philadelphia, PA.

54. Young PR, Libraty DH, Pickering D, Endy TP, Kalayanarooj S, **Green S**, Vaughn DW, Nisalak A, Ennis FA, Rothman AL. Detection of dengue virus NS1 provides early diagnosis and is a prognostic marker of disease progression. *Asia Pacific Congress on Medical Virology*, December 7-10, 2003.

55. **Green S**, Rothman AL, Cruz J, Guirakhoo F, Monath TP, Ennis FA. Human T cell proliferative responses induced by ChimeriVax™-JE, an experimental live-attenuated vaccine, and inactivated Japanese encephalitis virus vaccine. *International Conference on Emerging Infectious Diseases*, March 2002, Atlanta, GA.

56. Vaughn DW, Huong HS, Libraty D, Endy TP, **Green S**, Nisalak A, Kalayanarooj S, Suntayakorn S, Nimmannitya S, Chen R, Sun W, Kanesa-thasen N, Ennis FA, Rothman AL. Relationship of plasma

dengue viral RNA levels measured by fluorogenic RT-PCR to infectious virus titers and disease severity. *50th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* November 11-14, 2001, Atlanta, GA.

57. Zivna I, **Green S**, Vaughn DW, Kalayanarooj S, Stephens HAF, Chandanayingyong D, Ananda A, Ennis FA, Rothman AL. The magnitude of T cell response to an HLA-B7-restricted epitope on the dengue NS3 protein is associated with the severity of disease in acute dengue virus infection. *50th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* November 11-14, 2001, Atlanta, GA.

58. Mangada MM, **Green S**, Ennis FA, Rothman AL. Quantitation of dengue specific T cells in peripheral blood mononuclear cells from experimental live attenuated dengue vaccine recipients. *50th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* November 11-14, 2001, Atlanta, GA.

59. Endy TP, Nisalak A, Chunsuttiwat S, Libraty DH, **Green S**, Rothman AL, Vaughn DW, Ennis FA. Early clinical presentation of mild to severe dengue illness in a prospective dengue study of primary school children in Kamphaeng Phet, Thailand. *50th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* November 11-14, 2001, Atlanta, GA.

60. Mangada M, Endy TP, Nisalak A, Chunsuttiwat S, Koosakulrat C, Vaughn DW, Libraty D, **Green S**, Rothman AL, Ennis FA.  Dengue specific T cell responses of pre-infection PBMC from dengue-2 infected schoolchildren in Kamphaeng Phet, Thailand in 1998. *49th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 2000, Houston, TX.

61. Myint KSA, Endy TP, Libraty D, Charoensri N, Mongkolsirichaikul D, Manomuth C, Kalayanarooj S, Vaughn DW, Nisalak A, **Green S**, Rothman AL, Ennis FA. Elevated Serum Levels of Soluble Fas (sFas) in Dengue Infection. *49th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* November 2000, Houston, TX.

62. Sudiro TM, Zivny J, Ishiko H, **Green S**, Vaughn DW, Kalayanarooj S, Nisalak A, Norman JE, Ennis FA, Rothman AL. Analysis of plasma viral RNA levels during acute dengue virus infection using quantitative competitor reverse transcription-polymerase chain reaction. *2nd International Conference on Emerging Infectious Diseases*, July 16-19, 2000, Atlanta, GA.

63. Gagnon SJ, Leporati A, **Green S**, Kalayanarooj S, Vaughn DW, Stephens HAF, Suntayakorn S, Kurane I, Ennis FA, Rothman AL. T cell receptor Vβ gene usage in Thai children with dengue virus infection.  *2nd International Conference on Emerging Infectious Diseases*, July 16-19, 2000, Atlanta, GA.

64. Ennis FA, Van Epps H, Terajima M, Mori M, Cruz J, Schmaljohn C, Mustonen J, Vaheri A, Koster FT, Vaughn DW, **Green S**, Rothman AL. Human T cells and immunopathology in dengue hemorrhagic fever and hantavirus infection. Taos, New Mexico 2000.

65. Krishnamurti C, Kalayanarooj S, Asher L, Cutting MA, Peat RA, Rothwell SW, Reid TJ, **Green S**, Nisalak A, Endy T, Vaughn DW, Nimmannitya S, Innis BL. Perturbations of the hemostatic system in dengue patients. Presented at the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28 – December 2, 19999, Washington, DC.

66. **Green S**, Pichyangul S, Vaughn DW, Kalayanarooj S, Nimmannitya S, Nisalak A, Kurane I, Rothman AL, Ennis FA. Early CD69 expression in dengue hemorrhagic fever. **Oral presentation** at the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28-December 2, 1999, Washington DC.

67. Myint KSA, Mongkolsirichaikul D, Manomuth C, Kalayanarooj S, Vaughn DW, Nisalak A, **Green S**, Rothman AL, Ennis, Endy TP.  Apoptosis of peripheral blood mononuclear cells (PBMCS) in children with acute dengue. Presented at the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28-December 2, 1999, Washington DC.

68. Endy TP, Nisalak A, Chunsuttiwat S, Koosakulrat C, **Green S**, Rothman AL, Vaughn DW, Ennis FA. Prospective study of dengue virus transmission and disease in primary school children in Kamphaeng Phet, Thailand. Presented at the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28-December 2, 1999, Washington DC.

69. Libraty DH, Ajariyakhajorn C, **Green S**, Endy TP, Kalayanarooj S, Vaughn DW, Nisalak A, Rothman AL, Ennis FA. Increased plasma levels of soluble interleukin-4 receptor in dengue hemorrhagic fever.

Presented at the *48th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 28-December 2, 1999, Washington DC.

70. Zivny J, Sudiro TM, Ishiko H, **Green S**, Vaughn DW, Kalayanarooj S, Rothman AL, Ennis FA. Rapid detection and quantitation of dengue viruses in plasma specimens using single tube RT-PCR. *Am J Trop Med Hyg Supp* 57(3):297.

71. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Rothman AL, Ennis FA, Nisalak A. Antibody response patterns and disease severity by dengue virus serotype. *Am J Trop Med Hyg Supp* 57(3):114.

72. Kalayanarooj S, Nimmannitya S, Vaughn DW, Ratanachu-eke S, Suteewarn W, Nisalak A, **Green S**, Innis BL, Rothman AL, Ennis FA. Liver function tests as measures of disease severity in dengue patients. *Am J Trop Med Hyg Supp* 57(3):113.

73. **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Nisalak A, Nimmannitya S, Innis BL, Kurane I, Rothman AL, Ennis FA. Elevated plasma interleukin-10 levels in children with acute dengue. **Oral presentation** at the *46th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, December 7-11, 1997, Lake Buena Vista, Florida.

74. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Rothman AL, Ennis FA, Nisalak A. The dengue hemorrhagic fever project: viremia and antibody responses early in dengue. *Fourth International Symposium on Dengue Fever*, April 14-17, 1997, Papeete, Tahiti.

75. Raengsakulrach B, Nisalak A, Yenchitsomanus P, Malasit P, Maneekarn N, Sittisombut N, **Green S**, Vaughn DW. Comparison of four polymerase chain reaction (PCR) procedures for detection of dengue virus genome. *Am J Trop Med Hyg Supp* 1996; 55(2):270.

76. **Green S**, Vaughn DW, Kalayanarooj S, Nimmannitya S, Suntayakorn S, Nisalak A, Innis BL, Kurane I, Rothman AL, Ennis FA. Elevated plasma levels of soluble TNF receptor (80kDa) in dengue hemorrhagic fever: an early marker of disease severity. **Oral presentation** at the *45th Annual Meeting of the American Society of Tropical Medicine and Hygiene,* December 1-5, 1996, Baltimore, Maryland.

77. Kalayanarooj S, Suntayakorn S, Vaughn DW, **Green S**, Kunentrasai N, Viremtrachai W, Ratanachu-eke S, Kiatpolpoj S, Suteewarn W, Innis BL, Rothman AL, Nisalak A, Nimmannitya S, Ennis FA. Tourniquet test: its value as a screening test in dengue. *Am J Trop Med Hyg Supp* 1996; 55(2):140.

78. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Rothman AL, Ennis FA, Nisalak A. Peak dengue 2 virus titer early in secondary infection correlates with disease severity. *Am J Trop Med Hyg Supp* 1996; 55(2):139.

79. Kurane I, Rothman AL, **Green S**, Ennis FA. Immunopathogenesis of dengue virus infections. *International Congress for Tropical Medicine and Malaria*, November, 1996, Nagasaki, Japan.

80. Stephens HAF, Klaytong R, Longta K, Maneemarooj R, Vaughn DW, **Green** S, Ennis FA, Innis BL, Chandanayingyong D. Immunogenetic analysis of HLA class I and II allele and haplotype frequencies, in ethnic Thai dengue fever and dengue haemorrhagic fever patients. *First Louis Pasteur Conference on Infectious Diseases: Genetics of the Susceptibility to Infectious Diseases*, October 21-23, 1996, Paris, France.

81. Rothman AL, Kurane I, **Green S**, Gagnon SJ, Mathew A, Ennis FA. Molecular basis of immunopathogenesis of dengue hemorrhagic fever. *International Seminar on Dengue/1st Dengue-Rio*, October 6-9, 1996, Rio de Janeiro, Brazil.

82. **Green S**, Vaughn DW, Kalayanarooj S, Lew R, Nimmannitya S, Ennis FA, et al. Early events in dengue hemorrhagic fever: the role of cytokines and T cell activation in disease pathogenesis. *Xth International Congress of Virology*, August 11-16, 1996, Jerusalem, Israel.

83. Sudiro TM, Ishiko H, **Green S**, Vaughn DW, Nisalak A, Kalayanarooj S, Rothman AL, Raengsakulrach B, Janus J, Kurane I, Ennis FA. Diagnosis of dengue viremia by reverse transcriptase polymerase chain reaction using 3'-noncoding region universal primers. *15th Annual Meeting of the American Society of Virology*, July 13-17, 1996, London, Ontario, Canada.

84. Kalayanarooj S, Vaughn DW, **Green S**, Nimmannitya S, Suntayakorn S, Nisalak A, Innis BL, Sudiro TM, Ishiko H, Rico-Hesse R. Lew R, Rothman AL, Ennis FA. Prospective clinical and virological observations on dengue hemorrhagic fever pathogenesis. *Symposium on Modern Approaches to Flavivirus Vaccines*, June 19-21, 1996, Vienna, Austria.

85. Kurane I, Gagnon SJ, **Green S**, Mathew A, Livingston PG, Brinton MA, Zeng LL, Lai C-J, Ennis FA. Human T lymphocyte epitopes on dengue viruses: definition of the proteins and epitopes recognized by dengue virus-specific CD4+ or CD8+ lymphocytes: implication for dengue vaccine development. *Symposium on Modern Approaches to Flavivirus Vaccines*, June 19-21, 1996, Vienna, Austria.

86. **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Nimmannitya S, Nisalak A, Innis BL, Lew R, Rothman AL, Ennis FA. Early events in dengue hemorrhagic fever. **Oral presentation** at the *Symposium on Modern Approaches to Flavivirus Vaccines*, June 19-21, 1996, Vienna, Austria.

87. Gagnon SJ, **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Nisalak A, Nimmannitya S, Innis BL, Kurane I, Rothman AL, Ennis FA. Increased cytokine protein and mRNA levels in patients with dengue hemorrhagic fever. *Proceedings of the American Association of Immunology*. June 2-6, 1996.

88. **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Nisalak A, Nimmannitya S, Hussem K, Innis BL, Kurane I, Rothman AL, Ennis FA. Plasma cytokine levels and T cell activation markers in children with acute dengue. **Oral presentation** at the *44th Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 17-25, 1995, San Antonio, Texas.

89. Kalayanarooj S, Vaughn DW, Nimmannitya S, **Green S**, Suntayakorn S, Kunentrasai N, Viramitrachai W, Ratanachu-eke S, Kiatpolpoj S, Innis BL, Rothman AL, Nisalak A, Ennis FA. Early diagnostic indicators of dengue. *Am J Trop Med Hyg Supp* 1995; 53(2):140-141.

90. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Rothman AL, Ennis FA, Nisalak A. Dengue in the early febrile phase: viremia and antibody responses. *Am J Trop Med Hyg Supp* 1995: 53(2):140.

91. **Green S**. The immunopathogenesis of dengue hemorrhagic fever. *Fourth Annual Scientific Meeting of the Virology Association of Thailand*, December 9, 1994, Bangkok, Thailand.

92. **Green S**, Nisalak A, Suntayakorn S, Kunentrasai N, Innis BL, Vaughn DW. Siblings with suspected dengue virus infection, Kamphaeng Phet, Thailand. **Oral presentation** at the *43rd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, November 13-17, 1994, Cincinnati, Ohio.

93. **Green S**, Kurane I, Edelman R, Tacket CO, Zeng L, Brinton M, Pincus S, Paoletti E, Ennis FA. An analysis of dengue virus-specific CD4+ cytotoxic T cell clones derived from a recipient of an experimental live-attenuated dengue-1 vaccine. **Oral presentation** at the *42nd Annual Meeting of the American Society of Tropical Medicine and Hygiene*, October 31-November 4, 1993, Atlanta, Georgia.

94. Kurane I, Innis BL, Nimmannitya S, Nisalak A, Livingston PG, **Green S**, Ennis FA. T cell responses in dengue virus infection: possible immunopathologic role in dengue hemorrhagic fever. *Proceedings of the 3rd Western Pacific Congress on Chemotherapy and Infectious Diseases.* December, 1992, Bali, Indonesia.

95. Kurane I, Innis BL, Nimmannitya S, Nisalak A, Brinton M, Lai CJ, Rothman AL, Livingston PG, **Green S**, Dai LC, Saikh K, Janus J, Gagnon SJ, Ennis FA. Human T lymphocyte responses to dengue viruses: possible role in the pathogenesis of DHF. P. 294-295 in, *Proceedings of the XIIIth International Congress for Tropical Medicine and Malaria*, November 29 – December 4, 1992, Jomtien, Thailand.

96. **Green S**, Kurane I, Zivny J, Tacket CO, Edelman R, Eckels KH, Vaughn DW, Hoke CH, Ennis FA. Dengue virus-specific human T lymphocyte responses in a recipient of an experimental live-attenuated dengue-1 vaccine. *Proceedings of the Third International Positive Strand RNA Symposium*, September 19-24, 1992, Clearwater, Florida.

## PUBLICATIONS

1. Park S, Srikiatkhachorn A, Kalayanarooj S, Macareo L, Green S, Friedman JF, Rothman AL. Use of structural equation models to predict dengue illness phenotype. PLOS Negl Trop Dis 2018 Oct 1;12(10):e0006799

2. Haltaufderhyde K, Srikiatkhachorn A, **Green S**, Macareo L, Park S, Kalayanarooj S, Rothman AL, Mathew A. Activation of peripheral T follicular helper cells during acute dengue virus infection. J Infect Dis. 2018 Oct 5; 218(10): 1675-1685.

3. Moulton SL, Mulligan J, Srikiatkhachorn A, Kalayanarooj S, Grudic GZ, **Green S**, Gibbons RV, Muniz GW, Hinojosa-Laborde C, Rothman AL, Thomas SJ, Convertino VA. State-of-the-art monitoring in treatment of dengue shock syndrome: a case series. J Med Case Rep 2016 Aug 24; 10(1):233.

4. Woda M, Friberg H, Currier JR, Srikiatkhachorn A, Macareo LR, **Green S**, Jarman RG, Rothman AL, Mathew A. Dynamics of dengue virus-specific cells in the response to dengue virus-1 infections using flow cytometry with labeled virions. J Infect Dis, 2016 Oct 1; 214(7):1001-9. PMCID: PMC5021233.

5. Savidis G, McDougall WM, Meraner P, Perreira JM, Portmann JM, Trincucci G, John SP, Aker AM, Renzette N, Robbins DR, Guo Z, **Green S**, Kowalik TF, Brass AL. Identification of Zika virus and dengue virus dependency factors using functional genomics. Cell Reports 2016; 16(1):232-246.

6. Savidis G, Perreira JM, Portmann JM, Guo Z, **Green S**, Brass AL. The IFITMs inhibit Zika virus replication. Cell Reports 2016; 15(11):2323-30.

7. Clapham HE, Rodriguez-Barraquer I, Azman AS, Althouse BM, Salje H, Gibbons RV, Rothman AL, Jarman RG, Nisalak A, Thaisomboonsuk B, Kalayanarooj S, Nimmannitya S, Vaughn DW, **Green S**, Yoon IK, Cummings DA. Dengue Virus (DENV) Neutralizing Antibody Kinetics in Children After Symptomatic Primary and Postprimary DENV Infection. J Infect Dis. 2016; 213(9):1428-1435.

8. Kirawittaya T, Yoon IK, Wichit S, **Green S**, Ennis FA, Gibbons RV, Thomas SJ, Rothman AL, Kalayanarooj S, Srikiatkhachorn A. Evaluation of Cardiac Involvement in Children with Dengue by Serial Echocardiographic Studies. PLoS Negl Trop Dis 2015; Jul 30;9(7):e0003943. PMCID: PMC4520477

9. Townsley E, O'Connor G, Cosgrove C, Woda M, Co M, Thomas SJ, Kalayanarooj S, Yoon IK, Nisalak A, Srikiatkhachorn A, **Green S**, Stephens HA, Gostick E, Price DA, Carrington M, Alter G, McVicar DW, Rothman AL, Mathew A. Interaction of a dengue virus NS1-derived peptide with the inhibitory receptor KIR3DL1 on natural killer cells. Clin Exp Immunol. 2016; 183(3):419-430.

10. Vejbaesya S, Thongpradit R, Kalayanarooj S, Luangtrakool K, Luangtrakool P, Gibbons RV, Srinak D, Ngammthaworn S, Apisawes K, Yoon IK, Thomas SJ, Jarman RG, Srikiatkhachorn A, **Green** S, Chandanayingyong D, Park S, Friedman J, Rothman AL, Stephens HA. HLA Class I Supertype Associations With Clinical Outcome of Secondary Dengue Virus Infections in Ethnic Thais. J Infect Dis. 2015 Sep 15;212(6):939-47. doi: 10.1093/infdis/jiv127. Epub 2015 Mar 4. PubMed PMID: 25740956; PubMed Central PMCID: PMC4548457

11. Bhoomiboonchoo P, Nisalak A, Chansatiporn N, Yoon IK, Kalayanarooj S, Thipayamongkolgul M, Endy T, Rothman AL, **Green S**, Srikiatkhachorn A, Buddhari D, Mammen MP, Gibbons RV. Sequential dengue virus infections detected in active and passive surveillance programs in Thailand, 1994-2010. BMC Public Health. 2015 Mar 14;15:250. doi: 10.1186/s12889-015-1590-z. PMCID: PMC4371716

12. Trobaugh DW, **Green S**. Of Mice and Men: Protective and Pathogenic Immune Responses to West Nile Virus. Curr Trop Med Rep. 2015 Mar 1;2(1):41-48. PMID: 26120511. PMCID: PMC4479143.

13. Bhoomiboonchoo P, Gibbons RV, Huang A, Yoon IK, Buddhari D, Nisalak A, Chansatiporn N, Thipayamongkolgul M, Kalayanarooj S, Endy T, Rothman AL, Srikiatkhachorn A, **Green S**, Mammen MP, Cummings DA, Salje H. The spatial dynamics of dengue virus in Kamphaeng Phet, Thailand. PLoS Negl Trop Dis 2014 Sep 11; 8(9):e3138. PMCID: PMC4161352

14. Soller B, Srikiatkhachorn A, Zou F, Rothman AL, Kalayanarooj S, Thomas SJ, Gibbons RV, **Green S**. Preliminary evaluation of near infrared spectroscopy as a method to detect plasma leakage in children with dengue hemorrhagic fever. BMC Infect Dis 2014 July 17; 14(1):396. PMCID: PMC4223418

15. Anderson KB, Gibbons RV, Cummings DA, Nisalak A, **Green S**, Libraty DH, Jarman RG, Srikiatkhachorn A, Mammen MP, Darunee B, Yoon IK, Endy TP. A shorter time interval between first and second dengue infections is associated with protection from clinical illness in a school-based cohort in Thailand. Journal of Infect Dis 2014 Feb;209(3):360-8. doi: 10.1093/infdis/jit436. Epub 2013 Aug 20.PMCID:PMC3883164.

16. Townsley E, Woda M, Thomas SJ, Kalayanarooj S, Gibbons RV, Nisalak A, Srikiatkhachorn A, **Green S**, Stephens HAF, Rothman AL, Mathew A. Distinct activation phenotype of a highly conserved novel HLA-B57-restricted epitope during dengue virus infection. Immunology 2013; Aug 14 doi: 10/1111/imm. 12161. [Epub ahead of print]. PMCID:PMC3893847.

17. Yoon IK, Srikiatkhachorn A, Hermann L, Buddhari D, Scott TW, Jarman RG, Aldstadt J, Nisalak A, Thammapalo S, Bhoomiboonchoo P, Mammen MP, **Green S**, Gibbons RV, Endy TP, Rothman AL. Characteristics of mild dengue virus infection in Thai children. Am J Trop Med Hyg. 2013 Dec;89(6):1081-7. doi: 10.4269/ajtmh.13-0424. Epub 2013 Oct 14. PMCID:PMC3854884.

18. Shresta, B, Pinto AK, **Green S**, Bosch I, Diamond MS. CD8+ T cells use TRAIL to restrict West Nile virus pathogenesis by controlling infection in neurons. J Virol 2012; Sep;86(17):8937-48. Epub 2012 Jun 27. PMCID: PMC3416144.

19. Yoon IK, Rothman AL, Tannitisupawong D, Srikiatkhachorn A, Jarman RG, Aldstadt J, Nisalak A, Mammen MP Jr., Thammapalo A, **Green S**, Libraty DH, Gibbons RV, Getis A, Endy TP, Jones JW, Koenraadt CJM, Morrison AC, Fansiri T, Pimgate C, Scott TW. Under-recognized mildly symptomatic viremic dengue virus infections in rural Thai schools and villages. J Infect Dis 2012 Aug 1;206(3):389-98. Epub 2012 May 21. PMC PMC3490697.

20. Yoon, IK, Getis A, Aldstadt J, Rothman AL, Tannitisupawong D, Koenraadt CJM, Fansiri R, Jones JW, Morrison AC, Jarman RG, Nisalak A, Mammen MP Jr, Thammapalo S, Srikiatkhachorn A, **Green S**, Libraty DH, Gibbons RV, Endy TP, Pimgate C, Scott TW. Fine scale spatiotemporal clustering of dengue virus transmission in children and *Aedes aegypti* in rural Thai villages.  PLOS Negl Trop Dis 2012 Jul;6(7):e1730. Epub 2012 Jul 17. PMCID: PMC3398976.

21. Srikiatkhachorn A, Wichit S, Gibbons RV, **Green S**, Libraty DH, Endy TP, Ennis FA, Kalayanarooj S, Rothman AL. Dengue viral RNA levels in peripheral blood mononuclear cells are associated with disease severity and preexisting dengue immune status. PLOS One 2012; 7(12):e51335. Epub 2012 Dec 19. PMCID: PMC3526575.

22. Kurane I, Matsutani T, Suzuki R, Takasaki T, Kalayanarooj S, **Green S**, Rothman AL, Ennis FA. T cell responses to dengue viruses in humans. Trop Med Health 2011 Dec; 39(4 Suppl):45-51. Epub 2011 Dec 1. PMCID: PMC3317604.

23. Mathew A, West K, Kalayanarooj S, Gibbons RV, Srikiatkhachorn A, **Green S**, Libraty DH, Jaiswal S, Rothman AL. B cell responses during primary and secondary dengue virus infections in humans. J Infect Dis, 2011 Nov 15; 204(10):1514-22. Epub 2011 Sep 19. PMCID: PMC3222107

24. Endy TP, Anderson KB, Nisalak A, Yoon IK, **Green S**, Rothman AL, Thomas SJ, Jarman RG, Libraty DH, Gibbons RV. Determinants of inapparent and symptomatic dengue infection in a prospective study of primary school children in Kamphaeng Phet, Thailand. PLOS Neg Trop Dis 2011 Mar 1; 5(3):e975. PMCID: PMC3046956.

25. Smith H, Monath TP, Pazoles P, Rothman AL, Ennis FA, Guirakhoo F, **Green S**. Development of antigen-specific memory CD8+ T cells following live-attenuated chimeric West Nile virus vaccination. J Infect Dis 2011 Feb 15; 203(4): 513-522. Epub 2011 Jan 7. PMCID: PMC3071232

26. **Green S**, Ennis FA, Mathew A. Long term recall of memory CD8 T cells in mice to first and third generation smallpox vaccines. Vaccine 2011 Feb 11; 29(8): 1666-76. Epub 2010 Dec 31. PMCID: PMC3034797.

27. Stewart BS, Demarest VL, Wong SJ, **Green S**, Bernard KA. Persistence of virus-specific immune responses in the central nervous system of mice after West Nile virus infection. BMC Immunology, 2011 Jan 20;12:6. PMCID: PMC3031275.

28. Bigham AW, Buckingham KJ, Husain S, Emond MJ, Bofferding KM, Gildersleeve H, Rutherford A, Astakhova NM, Perelygin AA, Busch MP, Murray KO, Sejvar JJ, **Green S**, Kriesel J, Brinton MA, Bamshad M. Host genetic risk factors for West Nile virus infection and disease progression. PLOS One 2011; 6(9):e24745. Epub 2011 Sep 15. PMCID: PMC3174177

29. Friberg H, Bashyam H, Toyosaki-Maeda T, Potts JA, Greenough T, Kalayanarooj S, Gibbons RV, Nisalak A, Srikiatkhachorn A, **Green S**, Stephens HAF, Rothman AL, Mathew A. Cross-reactivity and expansion of dengue-specific T cells during acute primary and secondary infections in humans. Sci Rep. 2011; 1:51. Epub 2011 Aug 1. PMCID: PMC3216538.

30. Friberg HL, Burns L, Woda M, Kalayanarooj S, Endy TP, Stephens HAF, **Green S**, Rothman AL, Mathew A. Memory CD8+ T cells from naturally acquired primary dengue virus infection are highly cross-reactive. Immunol and Cell Biol, 2011 Jan;89(1):122-9. Epub 2010 Apr 27. PMCID: PMC2929403.

31. Potts JA, Thomas SJ, Srikiatkhachorn A, Supradish PO, Li W, Nisalak A, Nimmannitya S, Endy TP, Libraty DH, Gibbons RV, **Green S**, Rothman AL, Kalayanarooj S. Classification of dengue illness based on readily available laboratory data. Am J Trop Med Hyg 2010 Oct; 83(4):781-8. PMCID: PMC2946742

32. Potts JA, Rothman AL, Srikiatkhachorn A, Gibbons RV, Thomas SJ, Supradish PO, Lemon SC, Libraty DH, **Green S**, Kalayanarooj S. Prediction of dengue disease severity among pediatric Thai patients using early clinical laboratory indicators. PLOS Neg Trop Dis 2010 Aug 3; 4(8):e769. PMCID: PMC2914746

33. Singh R, Rothman AL, Potts J, Guirakhoo F, Ennis FA, **Green S**. Sequential immunization with heterologous chimeric flavivirus induces broad-spectrum cross-reactive T cell responses. J Infect Dis. 2010 Jul 15; 202(2):223-33. PMCID: PMC2903744

34. Trobaugh DW, Yang L, Ennis FA, **Green S**. Altered effector functions of virus-specific and virus-cross-reactive T cells in mice immunized with related flaviviruses. Eur J Immunol 2010 May; 40(5): 1315-27. PMCID: PMC4486265.

35. Srikiatkhachorn A, Gibbons RV; **Green S**, Libraty DH, Mammen MP, Thomas SJ, Endy TP, Vaughn DW, Nisalak A, Ennis FA, Rothman AL, Nimmannitya S, Kalayanarooj S. Dengue hemorrhagic fever: the sensitivity and specificity of the World Health Organization definition of severe dengue in Thailand, 1994-2005. Clin Infect Dis. 2010; Apr 15;50(8):1135-43. PMCID: PMC2853952

36. Fried JR, Gibbons RV, Kalayanarooj S, Thomas SJ, Srikiatkhachorn A, Yoon IK, Jarman RG, **Green S**, Rothman AL, Cummings D. Serotype specific differences in the risk of dengue hemorrhagic fever: A secondary analysis of data collected in Bangkok, Thailand, 1994-2006. PLOS Neglected Trop Dis. 2010 Mar 2;4(3):e617. PMCID: PMC2830471

37. Srikiatkhachorn A, **Green S**. Markers of dengue disease severity. Curr Top Microbiol Immunol 2010;338:67-82.

38. Vejbaesya S, Luangtrakool P, Kalayanarooj S, Vaughn DW, Endy TP, Mammen MP, **Green S**, Libraty DH,. Ennis FA, Rothman AL, Stephens HAF. Tumor necrosis factor (TNF) and lymphotoxin-alpha (LTA) gene, allele, and extended HLA haplotype associations with severe dengue virus infection in ethnic Thais. J Infect Dis 2009, 199(10):1442-8. PMCID: PMC2674618

39. Mammen MP, Pimgate C, Koenraadt CJM, Rothman AL, Aldstadt J, Nisalak A, Jarman RG, Jones JW, Srikiatkhachorn A, Ypil-Butac CA, Getis A, Rhammapalo S, Morrison AC, Libraty DH, **Green S**, Scott TW. Spatial and temporal clustering of dengue virus transmission in Thai Villages. PLOS Med 2008; 5(11):e205. PMCID: PMC2577695

40. Mathew A, O'Bryan J, Marshall W, Kotwal GJ, Terajima M, **Green S**, Rothman AL, Ennis FA. Robust intrapulmonary CD8 T cell responses and protection with an attenuated N1L deleted vaccinia virus. PLOS One 2008; 3(10):e3323. PMCID: PMC2553181

41. Pavlin JS, Hickey AC, Ulbrandt N, Chan YP, Endy TP, Boukhvalova MS, Chunsuttiwat S, Nisalak A, Libraty DH, **Green S**, Rothman AL, Ennis FA, Jarman R, Gibbons RV, Broder CC. Human metapneumovirus reinfection among children in Thailand determined by an enzyme-linked immunosorbent assay using purified soluble fusion protein. J Infect Dis 2008 Sep 15; 198(6):836-42. PMCID: PMC2648801

42. Kennedy JS, Co M, **Green S**, Longtine K, Longtine J, O'Neill MA, Adams JP, Rothman AL, Yu Q, Johnson-Leva R, Pal R, Wang S, Lu S, Markham P. The safety and tolerability of an HIV-1 DNA prime-protein boost vaccine (DP6-001) in healthy adult volunteers. Vaccine 2008 Aug 18; 26(31):3947-57. PMCID: PMC2571083

43. Wang S, Kennedy JS, West K, Montefiore DC, Coley S, Lawrence J, Shen S, **Green S**, Rothman AL, Ennis FA, Arthos J, Pal R, Markham P, Lu S. Cross-subtype antibody and cellular immune responses induced by a polyvalent DNA prime-protein boost HIV-1 vaccine in healthy human volunteers. Vaccine 2008 July 23; 26(8):1098-110. Epub 2008 Jan 10. PMCID: PMC2288749

44. Putnak JR, de la Barrera R, Burgess T, Pardo J, Dessy F, Gheysen D, Lobet Y, **Green S**, Endy TP, Thomas SJ, Eckels KH, Innis BL, Sun W. Comparative evaluation of three assays for measurement of dengue virus neutralizing antibodies. Am J Trop Med Hyg 2008 Jul; 79(1):115-22.

45. Libraty DH, Myint KSA, Murray CK, Gibbons RV, Mammen MP, Endy TP, Vaughn DW, Nisalak A, Kalayanarooj S, **Green S**, Rothman AL, Ennis FA. A comparative study of leptospirosis and dengue in Thai Children. PLOS Neglected Trop Dis, 2007 Dec 26; 1(3):e111. PMCID: PMC2154391

46. Anderson KB, Chunsuttiwat S, Nisalak A, Mammen MP, Libraty DH, Rothman AL, **Green S**, Vaughn DW, Ennis FA, Endy TP. Burden of symptomatic dengue infection in children at primary school in Thailand: a prospective study. Lancet 2007 Apr 28; 369(9571):1452-1459.

47. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Ennis FA, Rothman AL, **Green S**. Antibody-dependent cellular cytotoxicity mediated by plasma obtained prior to secondary dengue virus infections: potential involvement in early control of viral replication. J Infect Dis 2007 Apr 15; 195(8):1108-1016. Epub 2007 Mar 7.

48. Kalayanarooj S, Gibbons RV, Vaughn D, **Green S**, Nisalak A, Jarman RG, Mammen MP Jr. & Perng GC. Blood group AB appears to be at higher risk to develop severe form of dengue disease after secondary infection. J Infect Dis 2007 Apr 1; 195(7):1014-1017. Epub 2007 Feb 23.

49. Srikiatkhachorn A, Kruatrachue A, Ratanaprakarn W, Wongtapradit L, Nithipanya N, Kalayanarooj S, Nisalak A, Thomas SJ, Gibbons RV, Mammen MP Jr, Libraty DH, Ennis FA, Rothman AL, **Green S**. Natural history of plasma leakage in dengue hemorrhagic fever: a serial ultrasonographic study. Peds Infect Dis J 2007; 26(4):283-290.

50. Srikiatkhachorn A, Ajariyakhajorn C, Kalayanarooj S, Libraty DH, **Green S**, Ennis FA, Rothman AL. Virus induced decline in soluble vascular endothelial growth receptor-2 is associated with plasma leakage in dengue hemorrhagic fever. J Virol 2007 Feb; 81:1592-600. Epub 2006 Dec 6. PMCID: PMC1797579

51. **Green S** and Rothman AL. Immunopathological mechanisms in dengue and dengue hemorrhagic fever. Curr Opin Infect Dis 2006 Oct; 19(5):429-36.

52. Myint KS, Endy TP, Mongkolsirichaikul D, Manomuth C, Kalayanarooj S, Vaughn DW, Nisalak A, **Green S**, Rothman AL, Ennis FA, Libraty DH. Cellular immune activation in children with acute dengue virus infections is modulated by apoptosis. J Infect Dis 2006 Sep 1; 194(5):600-607. Epub 2006 Jul 31.

53. Monath TP, Liu J, Kanesa-thasan N, Myers GA, Nichols R, Deary A, McCarthy K, Johnson C, Ermak T, Shin S, Arroyo J, Guirakhoo F, Kennedy JS, Ennis FA, **Green S**, Bedford P. A live, attenuated West Nile virus vaccine. Proc Natl Acad Sci USA 2006 Apr 25; 103(17):6694-99. Epub 2006 Apr 14. Erratum Proc Natl Acad Sci USA 2006; 103(28):10823. PMCID: PMC1436023

54. **Green S**, Libraty DH, Laoprasopwattana K, Ennis FA, Rothman AL. Reply to Halstead and to Burke and Kliks. J Infect Dis 2006; 193(4):603-4.

55. Bashyam HS, **Green S**, Rothman AL. Dengue virus-reactive CD8+ T cells display quantitative and qualitative differences in their response to variant epitopes of heterologous virus serotypes. J Immunol 2006 Mar 1; 176(5):2817-24.

56. Rothman AL, **Green S**, Libraty DH, Ennis FA. Dengue: translating scientific problems into workable solutions. Expert Rev Anti Infect Ther 2005 Oct 3; 3(5):689-92.

57. Raekiansyah M, Prameswari A, Bela B, Sjahurachman A, Kosasih H, Ma'roef C, Tobing YS, Porter K, Rudiman PI, Alisjahbana B, Endy TP, **Green S**, Kalayanarooj S, Rothman AL, Sudiro TM. Genetic variations and relationship among dengue virus type 3 strains isolated from patients with mild or severe form of dengue disease in Indonesia and Thailand. SE Asian J Trop Med Pub Health 2005 Sep; 36(5):1187-9.

58. Laoprasopwattana K, Libraty DH, Endy TP, Nisalak A, Chunsuttiwat S, Vaughn DW, Reed G, Ennis FA, Rothman AL, **Green S**. The dengue virus enhancing antibody activity in pre-illness plasma does not predict subsequent disease severity or viremia in secondary dengue virus infection. J Infect Dis 2005 Aug 1; 192(3):510-9. Epub 2005 Jul 5. Erratum in J Infect Dis. 2005 Nov 15;192(10):1863.

59. Mathew A, Terajima M, West K, **Green S**, Rothman AL, Ennis FA and Kennedy JS. Identification of murine poxvirus-specific CD8+ T cell epitopes with distinct functional profiles. J Immunol 2005 Feb 15; 174(4):2212-2219.

60. Endy TP, Nisalak A, Chunsuttiwat S, Suntayakorn S, Vaughn DW, **Green S**, Ennis FA, Rothman AL, Libraty DH. The relationship of pre-existing dengue virus neutralizing antibody levels to viremia and disease severity in a prospective cohort study of dengue in Thailand. J Infect Dis. 2004 Mar 15;189(6):990-1000. Epub 2004 Mar 4.

61. Pichyangul S, Endy TP, Kalayanarooj S, Nisalak A, Yongvanitchit K, **Green S**, Rothman AL, Ennis FA, Libraty DH. A blunted blood plasmacytoid dendritic cell response to an acute systemic viral infection is associated with increased disease severity. J Immunol 2003 Nov 15; 171(10):5571-5578. Epub 2002 Sep 16.

62. Libraty DH, Young PR, Pickering D, Endy TP, Kalayanarooj S, **Green S**, Vaughn DW, Nisalak A, Ennis FA, Rothman AL. High circulating levels of the dengue virus nonstructural protein NS1 early in

dengue illness correlate with the development of dengue hemorrhagic fever. J Infect Dis 2002 Oct 15; 186:1165-1168.

63. Raengsakulrach B, Nisalak A, Maneekarn N, Yenchitsomanus P-T, Limsomwong C, Jairungsri A, Thirawuth V, **Green S**, Kalayanarooj S, Suntayakorn S, Sittisombut N, Malasit P, Vaughn DW. Comparison of four reverse transcription-polymerase chain reaction procedures for the detection of dengue virus in clinical specimens. J Virol Methods 2002 Sep; 105(2):219.

64. Endy TP, Nisalak A, Chunsuttiwat S, Libraty DH, **Green S**, Rothman AL, Vaughn DW, Ennis FA. Spatial and temporal circulation of dengue virus serotypes: a prospective study of dengue infection in primary school children in Kamphaeng Phet, Thailand.  Am J Epid 2002 Jul 1; 156(1):52-9.

65. Endy TP, Chunsuttiwat S, Nisalak A, Libraty DH, **Green S**, Rothman AL, Vaughn DW, Ennis FA. Epidemiology of inapparent and symptomatic acute dengue virus infection: a prospective study of primary school children in Kamphaeng Phet, Thailand. Am J Epid 2002 Jul 1; 156(1):40-51.

66. Mangada MM, Endy TP, Nisalak A, Chunsuttiwat S, Koosakulrat C, Vaughn DW, Libraty DH, **Green S**, Ennis FA, Rothman AL. Dengue-specific T cell responses in peripheral blood mononuclear cells obtained prior to secondary dengue virus infections in Thai schoolchildren. J Infect Dis 2002 Jun 15; 185(12):1697-703.  Epub 2002 May 31.

67. Zivna I, **Green S**, Vaughn DW, Kalayanarooj S, Stephens HAF, Chandanayingyong D, Nisalak A, Ennis FA, Rothman AL. T cell responses to an HLA-B*07-restricted epitope on the dengue NS3 protein correlate with disease severity. J Immunol 2002 Jun 1; 168(11):5959-5965.

68. Gagnon SJ, Mori M, Kurane I, **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Ennis FA, Rothman AL. Cytokine gene expression and protein production in peripheral blood mononuclear cells of children with acute dengue virus infections. J Med Virol 2002; 67(1):41-6.

69. Libraty DH, Endy TP, Kalayanarooj S, Chansiriwongs W, Nisalak A, **Green S**, Ennis FA, Rothman AL. Assessment of body fluid compartment volumes by multifrequency bioelectrical impedance spectroscopy in children with dengue. Royal Trans Soc Trop Med Hygiene 2002 May - June; 96(3):295-9.

70. Libraty DH, Endy TP, Houng HH, **Green S**, Kalayanarooj S, Suntayakorn S, Chansiriwongs W, Vaughn DW, Nisalak A, Ennis FA, Rothman AL. Differing influences of virus burden and immune activation on disease severity in secondary dengue-3 virus infections. J Infect Dis 2002 May 1; 185(9):1213-21. Epub 2002 Apr 16.

71. Stephens HA, Klaythong R, Sirikong M, Vaughn DW, **Green S**, Kalayanarooj S, Endy TP, Libraty DH, Nisalak A, Innis BL, Rothman AL, Ennis FA, Chandanayingyong D. HLA-A and -B allele associations with secondary dengue virus infections correlate with disease severity and the infecting viral serotype in ethnic Thais. Tissue Antigens 2002 Oct; 60(4):309-318.

72. Krishnamurti C, Kalayanarooj S, Cutting MA, Peat RA, Rothwell, SW, Reid TJ, **Green S**, Nisalak A, Endy TP, Vaughn DW, Nimmannitya S, Innis BL. Evidence for compensated acquired consumptive coagulopathy in patients presenting with dengue fever and dengue hemorrhagic fever. Am J Trop Med Hyg 2001; 65(6):840-47.

73. Gagnon SJ, Leporati A, **Green S**, Kalayanarooj S, Vaughn DW, Stephens HAF, Suntayakorn S, Kurane I, Ennis FA, Rothman AL. T cell receptor Vβ gene usage in Thai children with dengue virus infection. Am J Trop Med Hyg 2001 May; 64(1-2):41-48.

74. Sudiro TM, Zivny J, Ishiko H, **Green S**, Vaughn DW, Kalayanarooj S, Nisalak A, Norman JE, Ennis FA, Rothman AL. Analysis of plasma viral RNA levels during acute dengue virus infection using quantitative competitor reverse transcription-polymerase chain reaction. J Med Virol 2001; 63:29-34.

75. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Endy TP, Raengsakulrach B, Rothman AL, Ennis FA, Nisalak A. Dengue viremia titer, antibody response pattern and virus serotype correlate with disease severity. J Infect Dis 2000; 181(1):2-9.

76. **Green S**, Pichyangul S, Vaughn DW, Kalayanarooj S, Nimmannitya S, Nisalak A, Rothman AL, Ennis FA. Early CD69 expression on peripheral blood lymphocytes from children with acute dengue hemorrhagic fever. J Infect Dis 1999;180(5):1429-1435.

77. **Green S**, Vaughn DW, Kalayanarooj S, Nimmannitya S, Suntayakorn S, Nisalak A, Rothman AL, Ennis FA. Elevated plasma interleukin-10 levels in acute dengue correlate with disease severity. J Med Virol 1999; 59(3):329-334.

78. Mathew A, Kurane I, **Green S**, Vaughn DW, Kalayanarooj S, Suntayakorn S, Ennis FA, Rothman AL. Impaired T cell proliferation in acute dengue infection. J Immunol 1999; 162(9):5609-5615.

79. **Green S**, Vaughn DW, Kalayanarooj S, Nimmannitya S, Suntayakorn S, Nisalak A, Lew R, Innis BL, Kurane I, Rothman AL, Ennis FA. Early immune activation in acute dengue illness is related to development of plasma leakage and disease severity. J Infect Dis 1999;179(4):755-762.

80. Rothman AL, Yamada Y, Jameson J, Cruz J, West K, **Green S**, Ennis FA. Assessment of human CD4+ and CD8+ T lymphocyte responses in experimental viral vaccine studies. Dev Biol Stand. 1998; 95:95-104.

81. Sudiro TM, Ishiko H, Rothman AL, Kershaw DE, **Green S**, Vaughn DW, Nisalak A, Kalayanarooj S, Ennis FA. Microplate-reverse hybridization method to determine dengue virus serotype. J Virol Methods 1998; 73:229-235.

82. Mathew A, Kurane I, **Green S**, Stephens HAF, Vaughn DW, Kalayanarooj S, Suntayakorn S, Ennis FA, Rothman AL. Predominance of HLA-restricted CTL responses to serotype crossreactive epitopes on nonstructural proteins after natural dengue virus infections. J Virol 1998; 72:3999-4004.

83. Rico-Hesse R, Harrison LM, Nisalak A, Vaughn DW, Kalayanarooj S, **Green S**, Rothman AL, Ennis FA. Molecular evolution of dengue type 2 virus in Thailand. Am J Trop Med Hyg 1998; 58:96-101.

84. **Green S**, Kurane I, Pincus S, Paoletti E, Ennis FA. Recognition of dengue virus NS1-NS2a proteins by human CD4+ cytotoxic T lymphocyte clones. Virology 1997; 383-386.

85. Vaughn DW, **Green S**, Kalayanarooj S, Innis BL, Nimmannitya S, Suntayakorn S, Rothman AL, Ennis FA, Nisalak A. Dengue in the early febrile phase: viremia and antibody responses. J Infect Dis 1997; 176:322-330.

86. Kalayanarooj S, Vaughn DW, Nimmannitya S, **Green S**, Suntayakorn S, Kunentrasai N, Viramitrachai W, Ratanachu-eke S, Kiatpolpoj S, Innis BL, Rothman AL, Nisalak A, Ennis FA. Early clinical and laboratory indicators of acute dengue illness. J Infect Dis 1997; 176:313-321.

87. Sudiro TM, Ishiko H, **Green S**, Vaughn DW, Nisalak A, Kalayanarooj S, Rothman AL, Raengsakulrach B, Janus J, Kurane I, Ennis FA. Rapid diagnosis of dengue viremia by reverse transcriptase-polymerase chain reaction using 3'-noncoding region universal primers. Am J Trop Med Hyg 1997; 56:424-429.

88. Kurane I, Rothman AL, Livingston, PG, **Green S**, Gagnon SJ, Janus J, Innis BL, Nimmannitya S, Nisalak A, Ennis FA.  Immunopathologic mechanisms of dengue hemorrhagic fever and dengue shock syndrome. Arch Virol 1994; (Supp)9:59-64.

89. Kobayashi K, Takeda A, **Green S**, Tuazon C, Ennis FA. Direct detection of infectious human immunodeficiency virus type 1 (HIV-1) immune complexes in the sera of HIV-1-infected persons.  J Infect Dis 1993; 168:729-732.

90. **Green S**, Kurane I, Edelman R, Tacket CO, Eckels KH, Vaughn DW, Hoke CH, Ennis FA. Dengue virus-specific human CD4+ T-lymphocyte responses in a recipient of an experimental live-attenuated dengue virus type 1 vaccine: bulk culture proliferation, clonal analysis and precursor frequency determination.  J Virol 1993; 60(10):5962-5967.

## BOOK CHAPTERS

1. **Green S** and Rothman AL. West Nile virus. In: Gorbach SL, Bartlett JG, Blacklow NR (eds.) Infectious Diseases, 3rd Edition. W. B. Saunders Company, Philadelphia, 2004. p. 2128-2132.

2. Vaughn DW, **Green S**. Dengue (and dengue hemorrhagic fever). In: Strickland GT (ed.) Hunter's Textbook of Tropical Medicine, 8th Edition. W.B. Saunders Company, 2000. p. 240-244.

3. Rothman AL, **Green S**, Vaughn DW, Kalayanarooj S, Nimmannitya S, Innis BL, Stephens HAF, Rico-Hesse R, Suntayakorn S, Nisalak A, Sudiro TM, Lew R, Ennis FA. Dengue hemorrhagic fever. In: Saluzzo JF and Dodet B (eds.) Factors in the Emergence of Arbovirus Diseases. Elsevier, Paris, 1997. p. 109-116.