# Exhibit A

# Christine Hastie Packard

## Education

**Suffolk University**
Master Public Administration (2001)

**University of Massachusetts (Boston)**
BS Political Science, cum laude (1996)

## Work Experience

**Director, Enterprise Risk Management** 8/2019 – present
**Shrewsbury, Massachusetts**
- Serve as the system-wide point of contact on COVID response and mitigation activities
  - Coordinated with all five campuses on immediate response activities in March 2020
  - Coordinate with all five campuses on developing COVID response and mitigation plans
  - Facilitate planning across the system with leadership and operational staff at each campus
  - Provide regular updates to President's Office leadership and staff, campus leadership and the Board of Trustees
- Oversee and facilitate the system-wide Enterprise Risk Management (ERM) Program
  - Established a governance structure for the ERM Program
  - Coordinate with all five UMass campuses and the President's Office to identify, assess and prioritize risks impacting the University
  - Support the identification, documentation, and monitoring of risk mitigation strategies
  - Maintain the system-wide risk registry
  - Conduct research to advance the University's system-wide ERM program
  - Participate in regional and national programs and committees to learn and share best practices
  - Develop ERM reports, presentations, spreadsheets, dashboards and other documents
- Partner with key President's Office staff on matters related to risk, risk management and emergency management
- Serve as co-chair of the University Health and Safety Council
- Support the University's insurance program
- Support the Administration and Finance department with ongoing projects and activities

**Deputy Director** 5/2012 – 8/2019
**Massachusetts Emergency Management Agency**
**Framingham, Massachusetts**
- Served as the Deputy Director with agency-wide responsibilities for all emergency preparedness, mitigation, response and recovery operations for the Commonwealth of Massachusetts.
- Provided leadership to and directly supervise the agency's four Section Chiefs (Response and Field Services, Planning and Nuclear Preparedness, Mitigation and Recovery, and Administration and Finance).
- Oversaw 80+ agency employees.
- Oversaw the agency's administrative functions, including budgeting (state appropriations and annual grants from operating nuclear power plants), grants administration (Emergency Management Performance Grant,

- Public Assistance Grant Program, Hazard Mitigation Grant Programs, Hazardous Materials Grant Program, Citizen Corps Grant Program, and State Homeland Security Grant Program), strategic planning, legislative affairs, and public information and messaging.
- Served as the State Emergency Operations Center (SEOC) Manager or Deputy SEOC Manager for exercises and real-world activations of the SEOC, including several large-scale incidents such as Tropical Storm Sandy (2012), Blizzard Juno (2013), Boston Marathon Bombings (2013), Revere tornado (2014), the Blizzard and severe winter storms of January and February 2015 [which included Massachusetts' largest activation of the Emergency Management Assistance Compact (EMAC)], four back-to-back severe winter weather incidents in March 2018, and the 2018 Webster/Dudley and Douglas/Uxbridge tornados.
- Served as the Deputy Manager for the Boston Marathon Unified Coordination Center (UCC). The UCC houses more than 220 local, regional, state and federal public safety, health, and non-governmental agencies, as well as the Boston Athletic Association.
- Served as a lead - including co-chair of the emergency management/course disruption planning working group - in coordinating and developing the multi-jurisdictional Boston Marathon UCC Coordination Plan, which ensures communication among and coordination of thousands of public safety and emergency medical services assets and systems on Marathon Day.
- Served as a senior agency official at the field-based command post for the 2018 Columbia Gas natural gas pipeline incident in Merrimack Valley; played a lead role in developing and implementing the temporary housing program that supported thousands of impacted residents.
- Served as the Governor's representative on the Board of Advisors for the Greater Lawrence Disaster Relief Fund; the Board of Advisors is responsible for determining how the Fund supports residents and businesses impacted by the Columbia Gas natural gas pipeline incident.
- Served as the Agency lead on the Commonwealth's Hurricane Maria Task Force - a cross-secretariat, multi-disciplinary task force charged with developing and implementing a multi-faceted disaster assistance program for thousands of evacuees who arrived in the Commonwealth from Puerto Rico after Hurricane Maria devastated the island. The program provided assistance with securing housing, employment and employment training, food and other basic necessities for these disaster survivors. The Task Force was awarded the Manuel Carballo Governor's Award for Excellence in Public Service.
- Served as the Deputy State Coordinating Officer (SCO) and Alternate Governor's Authorized Representative (GAR) for open presidential disaster declarations.
- Served as the lead for the National Emergency Management Association's Deputy Directors' working group.
- Coordinated with numerous public safety partners on local, regional, state and federal emergency management initiatives.
- Provided strategic input to multiple critical planning initiatives, including statewide coordination of large-scale evacuation, mass care and sheltering operations.
- Participated in and provide input on the annual Commonwealth's annual Hazard Analysis and Risk Identification (HIRA), Threat Hazard Identification and Risk Analysis submission (THIRA), State Preparedness Report (SPR) and the State Homeland Security Strategy.
- Served as the Emergency Management Accreditation Program (EMAP) coordinator for the Commonwealth's emergency management program.
- Served as the co-chair and lead author of the multi-agency, multi-disciplinary After Action Report for the 2013 Boston Marathon Bombings.

**Adjunct Professor**                                                                                                               **4/2019 – 4/2020**
**Endicott College Van Loan School**
**Beverly, Massachusetts**
- Designed and instructed 3-credit, graduate-level course on Leadership and Ethics in Emergency Management for Spring 2019 and Spring 2020 semesters.

**Principal Emergency Management Consultant**                                6/2008 – 5/2012
**Science Applications International Corporation/Beck Disaster Recovery, Inc.**
**Framingham, Massachusetts**
- Served as a highly-regarded principal consultant to local, regional and state public sector organizations on emergency preparedness planning, response and exercise programs.
- Managed numerous projects funded from various federal grant sources, including the Department of Homeland Security (DHS), the Federal Emergency Management Agency (FEMA), the Centers for Disease Control and Prevention (CDC), and the Assistant Secretary for Preparedness and Response (ASPR). Projects required assisting clients in ensuring grant requirements were met.  In addition, consulted with clients on how to best apply for and engage grant funding to meet programmatic and grant requirements.
    - Served as a lead consultant for the $2.5M metropolitan Chicago Regional Catastrophic Preparedness Grant Program for the development of a regional mass care and shelter plan.
    - Served as a lead consultant for the $2M Hampton Roads Regional Catastrophic Preparedness Grant Program on the regional mass care and shelter effort.
    - Served as project manager in developing several grant-supported (UASI and CDC) emergency management and public health preparedness efforts in the National Capital Region including pandemic preparedness, best practices research and capability assessments.
    - Served as a lead consultant to the St. Louis Area Regional Response System using UASI and ASPR grant funding to develop a regional hospital coordination plan.
    - Served as a lead consultant to the Vermont Department of Health using the CDC H1N1 response grant funding to support H1N1 response efforts and develop an HSEEP-compliant after action report to meet grant requirements.
    - Supported the greater metropolitan area of Atlanta under the UASI grant program for the development of a regional evacuation plan.
- Supported the agency-wide continuity of operations project for the New York Power Authority.
- Served as project manager for Vermont's radiological preparedness exercise program to prepare response partners from across the state to successfully participate in a federally graded ingestion pathway exercise for Vermont Yankee.  Under this six-month program, designed and implementing three functional exercises involving multiple locations and hundreds of players, and one interstate tabletop exercise. For each exercise, developed and after action report and improvement plan that was used to guide actions for each subsequent exercise. Vermont successfully completed the graded exercise in May 2011.
- Served as the project manager for the Massachusetts Statewide Mass Care and Shelter project, managing a sub-consultant and internal staff to develop five regional and one statewide mass care and shelter plans for the Commonwealth. These plans address issues such as necessary infrastructure support and meeting the needs of individuals that require functional assistance and/or medical care.
- Served as the project manager for the City of Boston, assisting the City in attaining accreditation from the national Emergency Management Accreditation Program. The City met all 64 standards on their initial assessment.
- Served as the go-to team member for righting projects that had gotten off-track. As such, successfully developed deliverables that ultimately exceeded client expectations and resulted in follow-on work.
- As project manager, supervised team members to ensure project completion as well as quality and timely deliverables.
- Monitored national and international developments related to emergency management and homeland security to ensure the ability to properly advise clients.
- When serving as project manager or lead consultant on projects, supervised staff supporting the project to include time management, deliverable assignment, and review of performance.
- Supported many business development efforts including strategies, work proposals and budgets.

**Preparedness Branch Chief**                                              10/2004 – 6/2008
**Massachusetts Emergency Management Agency**
**Framingham, Massachusetts**

- Served as the Chief of the Preparedness Branch, advising the Agency Director on all planning, training, nuclear preparedness, and government preparedness initiatives for the Commonwealth. Developed and implemented policies and set forth standards for each of these areas of emergency management.
- Directly supervised four managers and indirectly supervised 30 additional staff members.
- Coordinated closely with the Branch Chief for Homeland Security and Regional Services on homeland-security related issues, including the development of the Homeland Security Councils, the State Homeland Security Strategy and the Fusion Center.
- Served as advisor to Administration and Finance Branch Chief on grant applications, distributions and compliance requirements for the several federal grant programs, including the Emergency Management Performance Grant (EMPG) program, the Hazardous Materials Emergency Preparedness Grant (HMEP) program, and Citizens Corp Program (CCP).
- Coordinated regularly with the agency grant coordinator to complete grant compliance documentation and ensure timely and accurate spending of grant funding.
- Served as primary liaison to the Executive Office of Public Safety (EOPS) Office of Grants and Research to acquire grants for the Agency, ensure grant compliance, and assist in the development of investment justifications for appropriate grant opportunities for the Commonwealth such as the State Homeland Security Grant program.
- Negotiated an annual grant agreement with the three nuclear power plants affecting the Commonwealth, increasing the dollar value to $2.8 million.
- Had direct oversight of the Planning Department and staff.
  - Ensured the Commonwealth's all-hazards Comprehensive Emergency Management Plan (CEMP) was maintained and updated annually.
  - Ensured technical assistance was provided to 352 municipalities to assist them in updating their local CEMPs.
  - Planned and implemented a web-based tool (eCEMP) which provides communities the capability to regularly update their CEMPs, track resources, and utilize GIS mapping to enhance local planning and response capabilities.
  - Represented the Agency by co-chairing the statewide Task Force on Emergency Preparedness and Individuals Requiring Additional Assistance During Times of Emergency. As co-chair, spearheaded the input of nearly one hundred organizations regarding emergency preparedness and response capabilities for supporting functional needs populations.
  - Ensured NIMS compliance for the Agency and other preparedness partners.
- Had direct oversight of the Training Department and staff.
  - Secured and oversaw the administration of over $2 million for the Agency's training program.
  - Ensured the Agency offered varied courses to all emergency responders in the Commonwealth, increasing course offerings from three per month to up to twenty per month.
  - Ensured adequate course offerings and technical assistance on National Incident Management System (NIMS) compliance, Homeland Security Exercise and Evaluation Program (HSEEP) and other emergency management training for local emergency responders.
  - Transformed the department from a paper-based training registration system to one that manages all course registration through an online tool.
  - Worked in partnership with other state agencies (State Police, Public Health, Fire Services) on joint training programs.
  - Worked in partnership with the Massachusetts Department of Education and other professional organizations such as the Massachusetts Association of Business School Officials to reinstitute education and training on school safety programs.  Represented the Agency on the Middlesex County District Attorney's SECURE program panel, which highlights current school safety issues to school professionals, law enforcement, and other emergency responders.
  - Oversaw the coordination of Agency participation (exercise design and exercise play) in all internal and external exercises.
- Had direct oversight of the Nuclear Preparedness Department.

- - Oversaw the Commonwealth's Radiological Emergency Response Program (RERP) for the three nuclear power plants that affect Massachusetts, including the maintenance of the statewide Radiological Emergency Response Plan and the Radiological Instrument Maintenance and Calibration Division.
  - In every two-year RERP cycle, ensured the Commonwealth's successful participation in three federally-graded exercises.  Each exercise culminates in a FEMA-generated public report, detailing any deficiencies in planning or response identified during the exercise.  Under my direction, the Commonwealth conducted its first flawless exercise in state history in 2006.
  - In each exercise, advised the Director on all precautionary and protective directives to protect the health and safety of affected citizens. In his/her absence, served as Director during exercises.
  - Collaborated closely with the three nuclear power plants, federal agencies (FEMA, Nuclear Regulatory Commission), partnering state agencies from Massachusetts, New Hampshire and Vermont, local communities, activist organizations, and others to ensure the integrity and applicability of the RERP.
  - Successfully negotiated with a utility to secure funding to establish a back-up state emergency operations center in Agawam.
- Had direct oversight of the Government Preparedness Department.
  - Coordinated the Agency's participation in the Emergency Management Accreditation Program (EMAP). Ensured the Agency met all criteria of EMAP during its initial EMAP assessment, and continued to ensure the Agency met all standards.
  - Coordinated the Commonwealth's response to the Nationwide Plan Review (NPR), receiving the highest rating from the federal government.  Massachusetts was one of only two states that was EMAP-accredited *and* received the highest NPR rating.
  - Oversaw the administration of the statewide Continuity of Operations initiative, ensuring every Executive Branch agency (102) in the Commonwealth developed and maintained a COOP and/or Continuity of Government Plan.
  - Oversaw the coordination of the Massachusetts State Emergency Response Commission.
  - Oversaw the administration of the Commonwealth's Citizens Corp Program (CCP) and associated federal grant funding.  Established a statewide Citizens Corp Council to strategically set and implement the Commonwealth's CCP.
- Served as SEOC Manager in the absence of the Director during various activations of the State Emergency Operations Center, including critical events such as the May 2006 floods and Hurricane Katrina.  Coordinated the unprecedented establishment of five Disaster Recovery Centers during the May 2006 floods.
- Represented the Director and the Agency on a number of boards, commissions and committees, including the Massachusetts Emergency Management Professionals Association, the NIMS Advisory Group, and others.

**Liaison to the Massachusetts Emergency Management Agency**                                                                  **4/2003 – 10/2004**
**Massachusetts Department of Public Health, Center for Emergency Preparedness**
**Framingham, Massachusetts**
- Served as liaison to the Massachusetts Emergency Management Agency for all aspects of public health emergency preparedness planning, including but not limited to infectious disease, bio-terrorism, nuclear preparedness, and the Strategic National Stockpile.
- Developed and coordinated the $2M Massachusetts Integrated Statewide Exercise Program Security in partnership with the Executive Office of Public Safety, which incorporated grant funding from the DHS and CDC. The program included a series of Strategic National Stockpile and public health exercises.
- Oversaw and coordinated the development of training programs, such as forensic epidemiology training, on call staff training, and senior leadership training.
- Staffed the Emergency Support Function 8 (Health and Medical) during activation of the State Emergency Operations Center. Participated in FEMA graded nuclear power plant exercises.
- Served as the state public health representative for the 2004 Democratic National Convention preparedness planning.
- Participated as a public health representative on the International Emergency Management Group for resource typing.

- Supported the Director of Emergency Preparedness in representing the agency to the Joint Terrorism Task Force.
- Served as the voice of public health and emergency management on various workgroups, committees and conferences.

**Assistant to the President for Government Affairs**  8/02 – 3/03
**American Science & Engineering**
**Billerica, Massachusetts**
- Served as the Chief of Staff to the President and CEO of this security x-ray technology company.
- Monitored congressional activity as it related to homeland security and port security initiatives.
- Coordinated media output and events with Communications Director.
- Advised the President on public policy issues.
- Served as liaison and advisor to all of the President's direct reports, including officers.
- Served as liaison to all external contacts, including consultants and lobbyists.
- Supervised the administrative assistant.

**Consultant to the United States Marshals Service**  2/02 – 8/02
**Judicial Security Systems**
**Project Support Services, Inc.**
**Arlington, Virginia**
- Served as public policy consultant to the Chief, Judicial Security Systems (JSS).
- Worked intricately with staff to draft a handbook for the security design of federal lobby screening stations.
- Worked with United States Marshals Service (USMS) Chem/Bio specialist to identify appropriate personal protective equipment and monitoring devices for marshals stationed in federal courthouses.
- Monitored congressional activity as it affected the Administrative Office of the U.S. Courts and the Judicial Security Systems division.
- Provided weekly updates to the Chief regarding regional activities for courthouse security throughout the nation.
- Worked on other projects as assigned.

**Consultant to the United States Marshals Service**  8/2001 – 2/2002
**Judicial Facilities and Security Program**
**Project Support Services, Inc.**
**Arlington, Virginia**
- Served as public policy consultant to the Chief, Judicial Facilities and Security Program of the United States Marshals Service (USMS).
- Reviewed current policies and programs, identifying gaps and appropriate revisions to improve them. Worked with USMS Chemical/Biological agent specialist to learn about chemical/biological agents and be able to recommend preventative and emergency response programs to the Chief.
- Compiled and drafted various documents, including federal facility security assessments.
- Drafted and edited various policies, including occupant emergency plans and continuity of operations plans.
- Monitored daily congressional activity.
- Drafted, reviewed and summarized proposed legislation affecting the USMS.
- Kept Chief apprised of current events affecting the law enforcement field and the Judiciary as well as any issues or events that have implications for court security.

**Director of Policy**  11/1999 – 8/2001
**Commonwealth of Massachusetts, Executive Office of Public Safety**
**Boston, Massachusetts**
- Served as Public Safety Secretary's Chief Policy Advisor on statewide public safety policy initiatives generated from and operated through the Commonwealth's Executive Office of Public Safety (EOPS).

- Intricately involved with budgetary, administrative, public relations and political aspects of all public safety initiatives.
- Served as a representative for EOPS in coordinating public safety for Sail Boston 2000 and the 2001 Boston Marathon.
- Served as liaison to Governor's Office.
- Represented Secretary on various statewide commissions and task forces, including the Fire Service Commission.
- Coordinated with other state secretariats on interagency policy initiatives.
- Worked with internal staff and external agencies to coordinate budget, policy, marketing and logistics for major events, including conferences, workshops and awards ceremonies.
- Worked with internal staff to prepare Secretary's presentations.
- Wrote and edited speeches for the Secretary.
- Supervised program coordinator for event planning.

## Achievements

- Featured on Magic 106.7 FM Exceptional Women Program (March 2019): https://magic1067.radio.com/media/audio-channel/sue-tabb-interviews-red-cross-and-mema-exceptional-women
- Recipient of the Manuel Carballo Governor's Award for Excellence in Public Service (2018)
- Council of State Governments Henry Toll Fellow (2007)
- United States Marshals Service Citation for Outstanding Performance (2002)
- Governor's Citation for Outstanding Performance (2001, 2019)
- Commonwealth of Massachusetts Performance Recognition Award (2000)
- Cited by Governor Baker as a key team player in a 2015 Boston Globe article: https://www.bostonglobe.com/metro/2015/07/13/when-everyman-all-star/tc4JXMWyckgt5uE3KPRcIJ/story.html