# Exhibit A

**Subject:** Re: Fall Semester
**Date:** Monday, May 17, 2021 at 10:18:32 AM Eastern Daylight Time
**From:** Cora Cluett
**To:** University Health Services

You did not send me the right form. I have seen the updated form and that is not what you sent to me. The covid vaccine was not listed on exemption form.

Please send me the updated form.

Thank you

**From:** University Health Services <uhs@umb.edu>
**Sent:** Monday, May 17, 2021 8:21 AM
**To:** Cora Cluett <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Fall Semester

Please see below in email that was sent to you .Thank you

**From:** Cora Cluett <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Sunday, May 16, 2021 7:34 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Re: Fall Semester

Hello,

I have received all those vaccines listed on the religious exemption form. I am looking to sign an updated waiver in accordance with school's new policy for the covid vaccine stated as required for the fall 2021 semester. Is there one that has the Covid vaccine listed?

**From:** University Health Services <uhs@umb.edu>
**Sent:** Sunday, May 16, 2021 5:14 PM
**To:** Cora Cluett <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Fall Semester

Hello Cora,

Attached is our religious exemption form . You can submit this form via email to uhs@umb.edu or fax to 617-287-3977.
==The requests will be reviewed at a later date. Just submitting the form does not imply exemption.==

<mark>As this form is currently being updated and is still at the printers, you will have to write in COVID vaccine below the other vaccines listed.</mark>
Please note that the American College Health Association **(ACHA ) recommends COVID-19 vaccination requirements for all on-campus college and university students for fall semester 2021** .
Most universities in Massachusetts will be requiring the COVID vaccine for all college students. Decades of pre-matriculation vaccine requirements has been a primary strategy for preventing outbreaks of vaccine preventable diseases on campuses across the U.S.

We will be requiring routine surveillance testing  ( frequency to be determined )of those students who are not vaccinated. In addition, if a student has been exposed to COVID  based on current contact guidelines, they will be required to quarantine for 14 days. This means they will not be allowed to be on campus for classes or any activities ,and if living in the residential halls will have to quarantine. This is actually the same guidance we would be giving to  someone if they  were exposed to the measles or the chickenpox and was not vaccinated. The quarantine time varies based on the infectious period of the disease.

A highly vaccinated campus will enhance a student's personal, professional and academic growth as they will be able to fully resume a robust on -campus  experience with continuity in their academic and extracurricular activities.

Diane Pankow, NP

---

**From:** Cora Cluett ▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Friday, May 14, 2021 4:29 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Fall Semester

Hello,

Where can I obtain my UMB covid exemption form and where am I sending it to?

Thanks