# Exhibit B

**Religious Exemption Declaration**

To whom it may concern,

I, Cora Alessandra Cluett, am once again declaring my intention to qualify for exemption from any COVID-19 vaccinations required to attend in-person classes and participate in school events.

I previously submitted the UMass Boston religious exemption declaration form on May 18th, 2021 in accordance with school instructions. This submission was not acknowledged by the school, and the rules have since been changed by the administration. I am now providing further documentation for upload on the Beacon Health Portal to declare a religious exemption.

These vaccinations are in direct conflict with my sincerely held religious beliefs. God has given me control over my body to live according to His plan. I have considered this deeply and at length and have come to the firm conviction that subjecting myself to a vaccine that I do not have satisfactory faith in would be a violation of God's intentions for my life. I am entering my senior year at UMass Boston and have already experienced multiple semesters remotely and they were not comparable to the in-person experience. That is to say, remote learning would not be a reasonable accommodation for my religious convictions. Beyond these statements, seeking to explore my religious convictions further is both intrusive and unwarranted given the above.

Thank you,

Cora Cluett