# Exhibit C

**To:** Cluett, Cora
**From:** BRYANT, CHERYL RN
**Subject:** Re: COVID-19 Religious Exemption
**Current Status:** Unresolved
**Sent:** 6/25/2021 11:27 AM
**Regarding Pt:** Cluett, Cora - 

Dear Cora,
We will be in touch with you as soon as possible regarding this issue. University Health Services will convene a committee to review your request.

Cheryl Bryant RN

----- Original Message ----
From: Cluett, Cora
To: Krystal DuPont
Date: 6/23/2021 5:19 PM
Subject: Re: COVID-19 Religious Exemption
Message:

Hello,

Just a follow up. I am happy to speak to a nurse about this over the phone. I'd like my attorney to be present for the call. Please let me know at your earliest convenience what time and day would work for you guys to set up a call.

Thank you,

Cora Cluett

----- Original Message -----
Dear Cora,

I am writing to you in regards to the religious COVID-19 exemption you recently uploaded on the health beacon portal. We are currently still putting together a team to review these exemptions, so rest assured the school has received them and has not been ignoring these. I will be forwarding your letter to a few of the registered nurses here in the clinic and they will call you with a follow up as soon as they are able.

If you have any further questions, please do not hesitate to call our office at 617-287-5660.

Krystal DuPont