# Exhibit D

Atrius Health - MyHealth Online   |   Print This Page   |   Close This Window
Name: Cora A. Cluett | DOB: ███████ | MRN: ██████ | PCP: ███████

# Immunizations

| Immunization | Date |
|---|---|
| DTaP Vaccine | 12/8/2003, 1/18/2001, 4/21/2000, 2/25/2000, 12/20/1999 |
| HFlu B Conj (Unspecified Formulation) | 10/19/2000, 4/21/2000, 2/25/2000, 12/20/1999 |
| HPV4 Vaccine(6,11,16,18) (Gardasil4) | 11/19/2012, 3/6/2012, 12/13/2011 |
| Hep B Vaccine (Unspecified Formulation) | 1/18/2001, 7/14/2000, 4/21/2000 |
| Influenza H1N1 Vaccine IM | 11/30/2009 |
| Influenza Vaccine (Unspecified Formulation) | 10/22/2013, 12/7/2010, 9/19/2009, 11/4/2008, 12/14/2007, 10/25/2006, 12/5/2005, 1/13/2004, 12/8/2003 |
| Influenza Vaccine Preserv Free >/= 36 Mos - Imm Clinic | 11/1/2011 |
| Influenza Vaccine Quadrivalent, >/=36 Mos IM | 11/17/2015, 11/18/2014 |
| Influenza Vaccine, Quadrivalent Split Virus Preserv Free >/= 36 Mos | 12/13/2016 |
| Influenza Vaccine, Split Virus, >/=36 Mos | 11/19/2012 |
| MMR Vaccine | 12/8/2003, 10/19/2000 |
| Menactra | 12/18/2017, 12/13/2011 |
| Pneumococ/Pedi-Conjugate (PCV7) | 5/3/2001, 1/18/2001 |
| Polio Vaccine (Inactivated) | 12/8/2003, 10/19/2000, 2/25/2000, 12/20/1999 |
| TdaP | 12/13/2011 |
| Varicella Vaccine | 10/25/2006, 1/18/2001 |

This page was generated for Cora A. Cluett on Tuesday, August 14, 2018.
MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.