# Exhibit E

**Thursday, August 12, 2021 at 4:13:27 PM Eastern Daylight Time**

**Subject:** Religious Exemption not approved
**Date:** Thursday, July 15, 2021 at 1:56:16 PM Eastern Daylight Time
**From:** University Health Services

This is a response to your request for a religious waiver of the COVID-19 vaccine requirement at UMass Boston. Upon review, the request was *NOT approved.* You may appeal this decision by emailing your request and supporting documents to the attention of Interim Vice Chancellor Shawn DeVeau at vcsa@umb.edu.

The best tool for a safe return to UMass Boston is vaccination. We urge you to reconsider your decision. University Health Services is providing free vaccinations by appointment. Call 617-287-5661 or email uhscd-19test@umb.edu to schedule a visit. You can also use vaxfinder.mass.gov to search for vaccination locations in Massachusetts. Please provide proof of vaccination by August 9, 2021. Follow these steps to upload your vaccination records via the MyHealthBeacon Portal.