# Exhibit F

| | |
|---|---|
| **Subject:** | Re: Religious Exemption |
| **Date:** | Wednesday, July 21, 2021 at 10:07:41 PM Eastern Daylight Time |
| **From:** | Shawn J DeVeau |
| **To:** | Cora Cluett, Chancellor Marcelo Suárez-Orozco |
| **CC:** | Office of VC Student Affairs, Robert Pomales, Diane Pankow |

**Attachments:** image001.png

Cora –

My response was not automated but it is a standard response.

Why was my exemption denied?

As your request for a religious exemption has been initially denied, you may have an opportunity for appeal. Federal law (Title VII of the Civil Rights Act of 1964) allows for exemptions from required vaccines to those that can show a sincerely held religious belief. At this time, you have not met this burden. Proof of a sincerely held religious belief could include:

1. A signed statement from a religious official describing the religious tenet that precludes the taking of a vaccine and/or
2. A personally written statement describing the religious basis for your objection to taking this vaccine versus the other vaccines which you have previously submitted evidence of having received.

What is the deadline for submitting an appeal to this denial, and what is the turnaround time for an appeal response?

There is technically no deadline for an appeal as a student could opt not to appeal or not to attend class on campus and/or take all online courses. I have been able to reply to appeals within three business days.

Please let me know if there are any other questions with which I may be able to assist.

Shawn

Shawn J. De Veau (He Series)
Interim Vice Chancellor for Student Affairs

---

**From:** Cora Cluett <███████████████>
**Date:** Wednesday, July 21, 2021 at 10:02 PM
**To:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>, Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>
**Cc:** Office of VC Student Affairs <VCSA@umb.edu>, Robert Pomales <Robert.Pomales@umb.edu>, Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** Re: Religious Exemption

Hello,

That was an exasperatingly non-responsive response. If in fact that was an automated response, I would appreciate a human being taking the time to answer the questions I posed in my original message or explain why that information is not forthcoming. My ability to take any appropriate next step hinges on having insight into the answers to my questions.

Thank you for your time and consideration.

Cora Cluett

---

**From:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>
**Sent:** Wednesday, July 21, 2021 8:51 PM
**To:** Cora Cluett
**Cc:** Office of VC Student Affairs <VCSA@umb.edu>; Robert Pomales <Robert.Pomales@umb.edu>; Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** FW: Religious Exemption

Cora –

The University of Massachusetts Boston will require all undergraduate and graduate students who wish to live or learn or conduct research on campus or access campus resources to be fully vaccinated prior to the beginning of the fall semester, on the basis of expected additional state, federal and legal guidance and vaccine availability, and subject to legally recognized medical exemptions, and/or legally recognized disability or religious accommodations. Evidence to date concerning the present and expected approval status and effectiveness of the vaccines supports the University's position.

As your request for a religious exemption has been initially denied, you may have an opportunity for appeal. Federal law (Title VII of the Civil Rights Act of 1964) allows for exemptions from required vaccines to those that can show a sincerely held religious belief. At this time, you have not met this burden. Proof of a sincerely held religious belief could include:

1. A signed statement from a religious official describing the religious tenet that precludes the taking of a vaccine and/or
2. A personally written statement describing the religious basis for your objection to taking this vaccine versus the other vaccines which you have previously submitted evidence of having received.

Upon receipt of one or both of these statements, we will make a further review of your appeal.

Shawn

Shawn J. De Veau (He series)
Interim Vice Chancellor for Student Affairs
UMass Boston
100 Morrissey Blvd
Dorchester MA 02125