# Exhibit G

## Cora Cluett's Religious Exemption Appeal

Romans 8:28 states, "And we know that for those who love God all things work together for good, for those who are called according to his purpose." God has been an ever-present force in my life. My earliest experiences with God's presence in my life were through my family, particularly my grandmother. My grandmother, or "Grammie," was an admirable woman of faith who lived by God's word and spread the Good News everywhere she went. She embodied a Christ-like compassion and nurturing spirit that remains with me, even though she is gone. I aspire to and strive to be like her.

During my childhood, I completed the religious education program from first grade through the end of middle school. I attended CCD through Sacred Heart Parish in Quincy, MA. I was baptized as an infant, made Confession, received Holy Communion, and I was Confirmed my sophomore year of high school. I have spoken up for my faith and publicly accepted God's power in my life. I have had many figures in my life who have guided me through God's word, including both of my parents who are of Christian faith. All of these inputs have led me to ponder the mysteries of life and the importance of faith in God, Jesus and the Holy Spirit.

My body is not my own- I am a vessel for God. 1 Corinthians 3:17 speaks to the importance of following my convictions as it relates to the COVID-19 vaccinations: "If anyone destroys God's temple, God will destroy him. For God's temple is holy, and you are that temple." My body is God's temple, and this sentiment is expressed a multitude of times in the Holy Bible. I am not to corrupt my blood or my immune system that was designed in His perfect image. These COVID-19 vaccines are against God's will for my life, and I am not to corrupt God's temple.

Matthew 9:12 states that "Those who are well have no need of a physician, but those who are sick." I have followed God's directive for my health for my entire life. I eat healthy, I get proper sleep, I exercise daily, I participate in athletics, I value my relationships with others highly, I minimize alcohol use, I have never smoked, and I do not use illicit drugs. I follow Jesus's Golden Rule expressed in Matthew 7:12: "So in everything, do to others what you would have them do to you, for this sums up the Law and the Prophets." I am not against other people choosing to take COVID-19 injections, but I respect the free will that God has given all of us to choose what is in line with His will. His will for my life is not to take these pharmaceutical agents. If I were given the agency to make my own choice at a younger age, I would have declined other vaccinations that I have previously been given. That is to say, this is not unique to the COVID-19 vaccinations, it relates to all vaccinations going forward. After lengthy consideration and review, I have come to the firm conviction that I am not going to pollute my body (which I consider a temple of God) with any COVID-19 injections. I am living a life under my

unshakeable conviction that God's temple can be cared for best by utilizing His readily-available naturopathic approaches. God has given humanity the gift of nature for sustenance and healing. I believe my healthful approach to caring for my God-given temple is the best and only acceptable approach to caring for my immune system. I contribute to community health by taking care of myself and treating my body and others with compassion and regard for the sanctity of life. All COVID-19 injections violate my understanding of what God wants for my life (which I have always considered deeply and continue to consider deeply).

    There is no instance in which a human being is going to override these above beliefs and religious convictions. Mark 8:38 states, "For what does it profit a man to gain the whole world, yet forfeit his soul?" It bears repeating, as I have previously stated in my two previous religious declarations dating back as far as May 18th, that my relationship with God is between Him and I and my chosen spiritual advisors, not the University of Massachusetts or any government agency whatsoever. I am sending this additional testament to my faith because the University of Massachusetts Boston did not accept my declaration of faith at face value and is requiring further "proof" to reverse the rejection of my exemption request.

    I am hereby appealing the University's rejection of my previous religious exemption requests and requesting exemption from the University's COVID-19 injection mandate as well as all forthcoming vaccinations for religious reasons.

Thank you,

Cora Cluett
UMB ID: ▮

*Cora Cluett* (signature)

7/23/21