# Exhibit H

| | |
|---|---|
| **Subject:** | Response to appeal for Religious Exemption |
| **Date:** | Monday, July 26, 2021 at 10:14:47 AM Eastern Daylight Time |
| **From:** | Shawn J DeVeau |
| **To:** | Cora Cluett |
| **CC:** | Robert Pomales, Diane Pankow, Office of VC Student Affairs, Chancellor Marcelo Suárez-Orozco |
| **Attachments:** | image001.png |

Cora –

I am in receipt of and have reviewed your appeal. Based upon the statements in your letter, I have read your faith to be Roman Catholic. If this is incorrect, please let me know.

According to this statement from the United States Conference of Catholic Bishops (USCCB) regarding the COVID-19 vaccine:

> "The world is currently facing a health crisis. The number of deaths from COVID-19 is now almost one and a half million worldwide. In the United States, the toll is approaching 300,000. Given the urgency of this crisis, the lack of available alternative vaccines, and the fact that the connection between an abortion that occurred decades ago and receiving a vaccine produced today is remote, inoculation with the new COVID-19 vaccines in these circumstances can be morally justified."

Additionally, I find that in a set of talking points from the USCCB citing the Vatican COVID-19 Commission in collaboration with the Pontifical Academy for Life, there is specific reference to the positive use of vaccines.

> "Covid-19 is exacerbating a triple threat of simultaneous and interconnected health, economic and socioecological crises that are disproportionately impacting the poor and vulnerable. As we move through a just recovery, we must ensure the immediate cures for the crises become stepping-stones to a more just society of inclusive and interdependent set of systems. Taking immediate actions to respond to the pandemic, keeping in mind its long-term effects, is essential for a global and regenerative 'healing.'"

Given these two statements from leaders of the Church that point to both the ethical use of vaccines in general and the COVID-19 vaccine specifically, I do not see that there are any specific religious tenets that would prevent someone of the Roman Catholic faith from receiving a vaccine, if they chose to do so. On this basis and without further documentation indicating such a tenet, I cannot approve your request for an exemption.

You may certainly opt to unregister from face-to-face courses for the coming semester and see if circumstances change for the Spring 2022 semester.

Shawn

Shawn J. De Veau (He Series)
Interim Vice Chancellor for Student Affairs

---

**From:** Cora Cluett <