# Exhibit I

/vaccines/safety/safety-of-vaccines.html

1d    1 like    Reply

disgusting over reach of power 😂😂😂😂

1d    1 like    Reply

Opinions on vaccine safety aside medical tyranny is alive and well, this is fascist insanity from the most far leftist leaning university system in the state. My family's hard earned taxpayer dollars have funded this institution my entire life. I will be showing up to campus unvaccinated 😊

1d    6 likes    Reply