UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUNTER HARRIS and ) <br> CORA CLUETT, ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF MASSACHUSETTS ) <br> LOWELL, JACQUELINE MOLONEY, ) <br> UNIVERSITY OF MASSACHUSETTS ) <br> BOSTON, MARCELO SUÁREZ- ) <br> OROZCO and SHAWN DE VEAU ) <br> **Defendants** ) | NO. 1:21-CV-11244-DJC |

PLAINTIFFS' EXHIBIT LIST

A. Declaration of Dr. Peter McCullough

B. Correspondence between Cora Cluett and Defendants

C. Fact Sheet Pfizer

D. Fact Sheet Moderna

E. Fact Sheet Janssen

F. Pfizer FDA Approval Letter

              Plaintiffs, by their attorney,

                /s/ Ryan P. McLane
              Ryan P. McLane, Esq. (Juris: 438176)
              McLane & McLane, LLC
              269 South Westfield Street
              Feeding Hills, MA 01030
              Ph. (413) 789-7771
              Fax (413) 789-7731
              E-mail: ryan@mclanelaw.com