# EXHIBIT B

**Fw: An Update on Vaccinations for the UMass Boston Community**

drcluett@yahoo..../Inbox

**Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com <drcluett@yahoo.com>

Jul 15 at 5:49 PM

---

**From:** Vice Chancellors Marie Bowen and Gail DiSabatino <news@umb.edu>
**Sent:** Monday, April 26, 2021 2:18 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** An Update on Vaccinations for the UMass Boston Community

<u>View this email online</u>



**UNIVERSITY OF MASSACHUSETTS BOSTON**

100 MORRISSEY BOULEVARD
BOSTON, MA 02125-3393
www.umb.edu

Dear Campus Community,

As we communicated recently, and assuming health conditions continue to improve, we are planning for a return to campus this fall. One of the critical factors in our planning is widespread immunization as more vaccine becomes available to immunize against the COVID-19 virus. Indeed, on Monday, April 19, vaccine eligibility in Massachusetts expanded to the general population ages 16 years and older. As vaccination is the most effective way to stop the spread of the virus, it will be a key component in our eventual return to campus. Thus, <u>we will require vaccinations for all UMass Boston students who are coming to campus, or physically accessing campus resources for the fall semester, and wish to live, learn and/or conduct research on campus</u>, on the basis of expected additional state, federal, and legal guidance and vaccine availability. We will accommodate medical, disability, and religious exemptions.

At this time, <u>we recommend and strongly encourage faculty and staff to be vaccinated prior to the fall semester</u>.  We may revisit the issue of required vaccinations for faculty and staff as we continue to develop our plans to assure the health and safety of all members of our community.

We recognize there is a list of issues we need to work through, including whether and which vaccinations received abroad will be recognized.  We will provide additional guidance on that and other matters as soon as possible.

**Getting vaccinated:**

- As noted above, on Monday, April 19, vaccine eligibility in Massachusetts expanded to the general public ages 16 years and older.

- Preregister at **VaccineSignUp.mass.gov** to be notified when it's your turn to schedule an appointment at one of seven mass vaccination locations: Hynes Convention Center in Boston, Gillette Stadium in Foxborough, Reggie Lewis Center in Boston, DoubleTree Hotel in Danvers, Eastfield Mall in Springfield, Natick Mall, and the former Circuit City in Dartmouth.

- Use **VaxFinder.mass.gov** to search for appointments at pharmacies, healthcare providers, and other community locations.

**I'm vaccinated, what now?**

- Congratulations!  You're vaccinated!  But we still need your help to keep our entire community safe.

- Individual vaccination status does not change access to campus or the university's expectations for compliance with safety protocols. Vaccinated individuals must still wear face coverings, practice physical distancing, and participate in the surveillance testing program if normally required to do so.

- For more information about vaccines please visit the **U.S. Centers for Disease Control and Prevention**, and the **Massachusetts Department of Public Health**.

We thank all of you for doing your part to help our community stay safe and healthy while we collectively fight against this global pandemic.

Stay safe; stay strong. Go Beacons!

Sincerely,

Marie Bowen
Vice Chancellor for Human Resources

Gail DiSabatino
Vice Chancellor for Student Affairs

Robert Pomales
Executive Director of University Health Services

© 2020 University of Massachusetts Boston
100 William T. Morrissey Blvd. Boston. MA 02125-3393

Share this email:

   

Manage your preferences | Opt out using TrueRemove®
Got this as a forward? Sign up to receive our future emails.
View this email online.

100 William T. Morrissey Blvd.
Boston, MA | 02125 US

This email was sent to cora.cluett001@umb.edu.
To continue receiving our emails, add us to your address book.

**Fw: Fall Semester**

drcluett@yahoo..../Inbox

 **Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com <drcluett@yahoo.com>

Jul 15 at 5:26 PM

---

**From:** University Health Services <uhs@umb.edu>
**Sent:** Monday, May 17, 2021 10:21 AM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** RE: Fall Semester

Sorry about that ! This is the most recent one I have

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Sent:** Monday, May 17, 2021 10:19 AM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Re: Fall Semester

You did not send me the right form. I have seen the updated form and that is not what you sent to me. The covid vaccine was not listed on exemption form.

Please send me the updated form.

Thank you

**From:** University Health Services <uhs@umb.edu>
**Sent:** Monday, May 17, 2021 8:21 AM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** RE: Fall Semester

Please see below in email that was sent to you .Thank you

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Sent:** Sunday, May 16, 2021 7:34 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Re: Fall Semester

Hello,

I have received all those vaccines listed on the religious exemption form. I am looking to sign an updated waiver in accordance with school's new policy for the covid vaccine stated as required for the fall 2021 semester. Is there one that has the Covid vaccine listed?

**From:** University Health Services <uhs@umb.edu>
**Sent:** Sunday, May 16, 2021 5:14 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** RE: Fall Semester

Hello Cora,

Attached is our religious exemption form . You can submit this form via email to uhs@umb.edu or fax to 617-287-3977.
The requests will be reviewed at a later date. Just submitting the form does not imply exemption.
As this form is currently being updated and is still at the printers, you will have to write in COVID vaccine below the other vaccines listed.
Please note that the American College Health Association **(ACHA ) recommends COVID-19 vaccination requirements for all on-campus college and university students for fall semester 2021** .
Most universities in Massachusetts will be requiring the COVID vaccine for all college students. Decades of pre-matriculation vaccine requirements has been a primary strategy for preventing outbreaks of vaccine preventable diseases on campuses across the U.S.

We will be requiring routine surveillance testing  ( frequency to be determined )of those students who are not vaccinated. In addition, if a student has been exposed to COVID based on current contact guidelines, they will be required to quarantine for 14 days. This means they will not be allowed to be on campus for classes or any activities ,and if living in the residential halls will have to quarantine. This is actually the same guidance we would be giving to  someone if they  were exposed to the measles or the chickenpox and was not vaccinated. The quarantine time varies based on the infectious period of the disease.

A highly vaccinated campus will enhance a student's personal, professional and academic growth as they will be able to fully resume a robust on -campus  experience with continuity in their academic and extracurricular activities.

Diane Pankow, NP

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Sent:** Friday, May 14, 2021 4:29 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Fall Semester

Hello,

Where can I obtain my UMB covid exemption form and where am I sending it to?

Thanks

**1 File**  |  114.1kB

 Religious_Exemption_Form_5.3.21.pdf
114kB



**UNIVERSITY HEALTH SERVICES**

UMASS
BOSTON

## Vaccine Religious Exemption Form

Name (print):_____ DOB:_____ Student ID: _____
          *(Last name, First Name)*          *(MM/DD/YYYY)*          *(Provided by UMB)*

A University Health Services provider has advised me that I should receive the following vaccines that are also required by the Massachusetts Department of Public Health (105 CMR 220.600-700) ***Please check all the immunizations that you would like to decline.***

| Required Immunization | Declined Immunizations |
|---|---|
| Hepatitis B vaccine | ☐ |
| Tetanus, diphtheria, acellular pertussis (Td or Tdap) vaccine | ☐ |
| Measles-Mumps-Rubella (MMR) vaccine | ☐ |
| Meningococcal conjugate or polysaccharide vaccine | ☐ |
| Varicella vaccine | ☐ |
| COVID-19 vaccine* | ☐ |

I have read the Vaccine Information Statement from the Centers for Disease Control and Prevention explaining the vaccine(s) and the disease(s) it prevents. I have had the opportunity to discuss this with the University Health Services provider, who has answered all of my questions regarding the recommended vaccine(s).

**I understand the following:**

- **The purpose of and the need for the recommended vaccine(s)**
- **The risks and benefits of the recommended vaccine(s)**
- **If I do not receive the vaccine(s) according to the medically accepted schedule, the consequences may include:**
  - **Contracting the illness, the vaccine should prevent. The outcomes of these illnesses may include one or more of the following: certain types of cancer, pneumonia, illness requiring hospitalization, brain damage, paralysis, meningitis, seizures, deafness, and death. Other severe and permanent effects from these vaccine-preventable diseases are possible as well.**
  - **Transmitting the disease to others**
  - **If there is a suspected or confirmed case of any infectious disease for which there is a required immunization, I will be quarantined from classes and/or residence halls for the period of time designated by the Commonwealth of Massachusetts Department of Public Health.**
- **My University Health Services provider, the American College Health Association, the American Academy of Pediatrics, the American Academy of Family Physicians, the Centers for Disease Control and Prevention, the Massachusetts Department of Public Health and the Boston Public Health Commission all strongly recommend that the vaccine(s) be given according to recommendations.**

**Nevertheless, due to religious beliefs, I have decided at this time to decline or defer the vaccine(s) recommended, as indicated above, by checking the appropriate box under the column titled "Declined."**

I have been provided with a copy of the Massachusetts Department of Public Health Immunization Exemptions and Vaccine Preventable Disease Exclusion Guidelines in School Settings (https://www.mass.gov/doc/vaccine-preventable-disease-exclusion-guidelines-in-school-settings-0/download) for my reference. I know that failure to receive the recommended vaccinations may endanger the health or life of myself and others with whom I might come into contact.

I know that I may readdress this issue with my University Health Services provider at any time and that I may change my mind and accept vaccination anytime in the future. I acknowledge that I have read this document in its entirety and fully understand it.

Signature: _____          Date: _____

UHS Provider Signature: _____          Date: _____          JR/5.03.21

**Fw: Covid Vaccine Exemption Form 2021-2022**

drcluett@yahoo..../Inbox

**Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com  <drcluett@yahoo.com>

Jul 15 at 5:26 PM

**From:** Cora Cluett
**Sent:** Tuesday, May 18, 2021 12:04 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Covid Vaccine Exemption Form 2021-2022

Attached is my exemption form for the 2021-2022 school year.

Thank you,

Cora Cluett
ID: 01754611

**1 File**    633kB

 Covid Vaccine Waiver Form.pdf
633kB



## Vaccine Religious Exemption Form

**Name (print):** _Cwett, Cora_   **DOB:** _10/14/1999_   **Student ID:** _01754611_
(Last name, First Name)        (MM/DD/YYYY)        (Provided by UMB)

A University Health Services provider has advised me that I should receive the following vaccines that are also required by the Massachusetts Department of Public Health (105 CMR 220.600-700) *Please check all the immunizations that you would like to decline.*

| Required Immunization | Declined Immunizations |
|---|---|
| Hepatitis B vaccine | ☐ |
| Tetanus, diphtheria, acellular pertussis (Td or Tdap) vaccine | ☐ |
| Measles-Mumps-Rubella (MMR) vaccine | ☐ |
| Meningococcal conjugate or polysaccharide vaccine | ☐ |
| Varicella vaccine | ☐ |
| COVID-19 vaccine* | ☑ |

I have read the Vaccine Information Statement from the Centers for Disease Control and Prevention explaining the vaccine(s) and the disease(s) it prevents. I have had the opportunity to discuss this with the University Health Services provider, who has answered all of my questions regarding the recommended vaccine(s).

**I understand the following:**
- **The purpose of and the need for the recommended vaccine(s)**
- **The risks and benefits of the recommended vaccine(s)**
- **If I do not receive the vaccine(s) according to the medically accepted schedule, the consequences may include:**
  - **Contracting the illness, the vaccine should prevent. The outcomes of these illnesses may include one or more of the following: certain types of cancer, pneumonia, illness requiring hospitalization, brain damage, paralysis, meningitis, seizures, deafness, and death. Other severe and permanent effects from these vaccine-preventable diseases are possible as well.**
  - **Transmitting the disease to others**
  - **If there is a suspected or confirmed case of any infectious disease for which there is a required immunization, I will be quarantined from classes and/or residence halls for the period of time designated by the Commonwealth of Massachusetts Department of Public Health.**
- **My University Health Services provider, the American College Health Association, the American Academy of Pediatrics, the American Academy of Family Physicians, the Centers for Disease Control and Prevention, the Massachusetts Department of Public Health and the Boston Public Health Commission all strongly recommend that the vaccine(s) be given according to recommendations.**

**Nevertheless, due to religious beliefs, I have decided at this time to decline or defer the vaccine(s) recommended, as indicated above, by checking the appropriate box under the column titled "Declined."**

I have been provided with a copy of the Massachusetts Department of Public Health Immunization Exemptions and Vaccine Preventable Disease Exclusion Guidelines in School Settings (https://www.mass.gov/doc/vaccine-preventable-disease-exclusion-guidelines-in-school-settings-0/download) for my reference. I know that failure to receive the recommended vaccinations may endanger the health or life of myself and others with whom I might come into contact.

I know that I may readdress this issue with my University Health Services provider at any time and that I may change my mind and accept vaccination anytime in the future. I acknowledge that I have read this document in its entirety and fully understand it.

**Signature:** _Cora Cwett_        **Date:** _5/15/21_

**UHS Provider Signature:** _____        **Date:** _____        JR/5.03.21

Home (/home.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

Appointments
(/appointments_home.aspx)

Consent Forms
(/Mvc/ConsentForms)

Referrals (/referrals.aspx)

Handouts (/Handouts.aspx)

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Downloadable Forms
(/Mvc/DownloadableForms)

Forms (/EmfGateway.aspx)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

➔ Log Out (/logout.aspx)

# Message Details for Cora Cluett

**Print (messages_message_print.aspx)**

**From:** COMPLIANCE COORDINATOR, IMMUNIZATION
**To:** Cluett, Cora
**Message Type:** Communication
**Priority:** Normal
**Date:** Wednesday, June 16, 2021 3:02 PM
**Subject:** Important Message from University Health Services
**Attachments:**

**Message Text:**

Dear Cora,

Beginning Fall 2021 the University of Massachusetts Boston intends to require all students who are attending classes on campus, working on campus, participating in any on campus event or utilizing any of the on campus facilities to be fully vaccinated with a COVID-19 vaccine.

Fully vaccinated means that 2 weeks (14 days) have passed from the date that you received your last COVID-19 vaccine. If you received a 2-dose series, then its 14 days from your 2nd dose. If you received a one-dose COVID-19 vaccine, such as the J&J vaccine, then its 14 days from the single dose. The deadline for submission is 8/9/2021.

How to upload your vaccine records: **Here!** (https://www.umb.edu/healthservices/my_health_beacon_portal)

**The Reply feature is not enabled for this communication.**

Close

**University Health Services is open Monday - Friday 8:30AM - 5:00PM.**
**You can reach us 24/7! General Medicine 617.287.5660, Counseling 617.287.5690**

Powered by Point and Click Solutions © 2021

**Fw: UPDATE RE: Covid Vaccine Exemption Form 2021-2022**

drcluett@yahoo..../Inbox

**Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com <drcluett@yahoo.com>

Jul 15 at 5:27 PM

---

**From:** University Health Services <uhs@umb.edu>
**Sent:** Thursday, June 17, 2021 1:07 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** UPDATE RE: Covid Vaccine Exemption Form 2021-2022

Hello,
The University has updated guidance for requesting a religious exemption.

To request a religious exemption, please follow the steps at the bottom of this link: Immunization Requirements - University of Massachusetts Boston (umb.edu)
Please note that the American College Health Association **(ACHA ) recommends COVID-19 vaccination requirements for all on-campus college and university students for fall semester 2021.**

Most universities in Massachusetts will be requiring the COVID vaccine for all college students. Decades of pre-matriculation vaccine requirements has been a primary strategy for preventing outbreaks of vaccine preventable diseases on campuses across the U.S.

We will be requiring routine surveillance testing  ( frequency to be determined )of those students who are not vaccinated. In addition, if a student has been exposed to COVID  based on current contact guidelines, they will be required to quarantine for 14 days. This means they will not be allowed to be on campus for classes or any activities ,and if living in the residential halls will have to quarantine. This is actually the same guidance we would be giving to  someone if they  were exposed to the measles or the chickenpox and was not vaccinated. The quarantine time varies based on the infectious period of the disease.

A highly vaccinated campus will enhance a student's personal, professional and academic growth as they will be able to fully resume a robust on -campus  experience with continuity in their academic and extracurricular activities.

Thank You,
University Health Services

---

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Sent:** Tuesday, May 18, 2021 12:05 PM
**To:** University Health Services <uhs@umb.edu>
**Subject:** Covid Vaccine Exemption Form 2021-2022

Attached is my exemption form for the 2021-2022 school year.

Thank you,

Cora Cluett
ID: 01754611

**Fw: Religious exemptions**

drcluett@yahoo..../Inbox

 **Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com <drcluett@yahoo.com>

Jul 15 at 5:28 PM

---

**From:** University Health Services <uhs@umb.edu>
**Sent:** Tuesday, June 22, 2021 3:23 PM
**To:** Brittany Wilcox <Brittany.Wilcox001@umb.edu>
**Subject:** Religious exemptions

*The University has updates its guidance for requesting a religious exemption, please follow the steps below*

- A student seeking a religious exemption must provide a request in writing (from a clergy member or the student) that states what religious belief the immunization would conflict with. Please include which required vaccine(s) you are requesting an exemption for.
  - Submit your religious exemption document by logging in to your **My Health Beacon Portal**. On the left-hand side select "messages". Then at the top left select "New Message". Choose "I want to send a message to the Nurse" then click continue. In the subject field type "Religious Exemption Request" and attach a picture or file of your exemption document. Ensure the document is legible and in English.
  - If you have immunization records, please submit documents for review. Immunization records can be included with your religious exemption document submission.

Please note that submitting documents for a religious exemption does not imply exemption. Your request will be reviewed by a committee and you will be notified of the status of your request. Further guidance may be ongoing from the UMass system regarding religious exemptions.

# COVID 19

Home (/home.aspx)

## Home for Cora Cluett

Profile (/Profile.aspx)

COVID-19 Vaccination Card Upload

You last logged in: 7/15/2021 2:47 PM   ➔ Log Out (/logout.aspx)

Health History
(/Student/HealthHistory.aspx)

Upload

Please upload a copy of your vaccination card

Show Badge (Clearance Status: Cleared)

Appointments
(/appointments_home.aspx)

...ld like to...

Consent Forms
(/Mvc/ConsentForms)

Enter My COVID-19 Test Results

Referrals (/referrals.aspx)

Doses of Covid-19 Vaccine

Enter My COVID-19 Vaccination Information

Handouts (/Handouts.aspx)

Date 1

Vaccine1

### Welcome to My Health Beacon

Messages
(/messages_send_compliance.aspx)

Select one...

This site is designed to help students interact more conveniently and efficiently with University Health Services.

Date 2

Vaccine2

Letters (/Letters.aspx)

### What do you want to do today?

Select one...

Downloadable Forms
(/Mvc/DownloadableForms)

- Check my Messages **or** Send a Message to UHS, click **Here!**
  (https://myhealthbeacon.umb.edu/messages_home.aspx)

Cancel   Done

Forms (/EmfGateway.aspx)

- Complete my Health Requirements, click **Here!** (https://myhealthbeacon.umb.edu/Emf.aspx)

Insurance Card
(/Mvc/InsuranceCards)

- Submit Immunization documents/Resolve my Immunization Hold, click **Here!**
  (https://myhealthbeacon.umb.edu/immunizations_home.aspx)

Survey Forms
(/SurveyFormsHome.aspx)

- Schedule my Appointments, click **Here!**
  (https://myhealthbeacon.umb.edu/appointments_home.aspx)

Immunizations
(/immunizations_home.aspx)

- Update my profile info, click **Here!** (https://myhealthbeacon.umb.edu/Profile.aspx)

Immunization Upload
(/immunization_upload.aspx)

- Residential Students that need support with preexisting medical condition - message us, click
  **Here!** (https://myhealthbeacon.umb.edu/messages_home.aspx)

➔ Log Out (/logout.aspx)

[Version: 12.11.5307]

THIS IS MY RELIGIOUS EXEMPTION DECLARATION
uploaded in the vaccination card
spot (wiser).
June 2021

**University Health Services is open Monday - Friday 8:30AM - 5:00PM.**

Powered by Point and Click Solutions © 2021 **You can reach us 24/7! General Medicine 617.287.5660, Counseling 617.287.5690**

**Religious Exemption Declaration**

To whom it may concern,

I, Cora Alessandra Cluett, am once again declaring my intention to qualify for exemption from any COVID-19 vaccinations required to attend in-person classes and participate in school events.

I previously submitted the UMass Boston religious exemption declaration form on May 18th, 2021 in accordance with school instructions. This submission was not acknowledged by the school, and the rules have since been changed by the administration. I am now providing further documentation for upload on the Beacon Health Portal to declare a religious exemption.

These vaccinations are in direct conflict with my sincerely held religious beliefs. God has given me control over my body to live according to His plan. I have considered this deeply and at length and have come to the firm conviction that subjecting myself to a vaccine that I do not have satisfactory faith in would be a violation of God's intentions for my life. I am entering my senior year at UMass Boston and have already experienced multiple semesters remotely and they were not comparable to the in-person experience. That is to say, remote learning would not be a reasonable accommodation for my religious convictions. Beyond these statements, seeking to explore my religious convictions further is both intrusive and unwarranted given the above.

Thank you,

Cora Cluett

6/23/21

Home (/home.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

Appointments
(/appointments_home.aspx)

Consent Forms
(/Mvc/ConsentForms)

Referrals (/referrals.aspx)

Handouts (/Handouts.aspx)

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Downloadable Forms
(/Mvc/DownloadableForms)

Forms (/EmfGateway.aspx)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

☞ Log Out (/logout.aspx)

# Message Details for Cora Cluett

Print (messages_message_print.aspx)

**From:** Krystal DuPont
**To:** Cluett, Cora
**Message Type:** Communication
**Priority:** Normal
**Date:** Wednesday, June 23, 2021 2:14 PM
**Subject:** COVID-19 Religious Exemption
**Attachments:**

**Message Text:**

Dear Cora,

I am writing to you in regards to the religious COVID-19 exemption you recently uploaded on the health beacon portal. We are currently still putting together a team to review these exemptions, so rest assured the school has received them and has not been ignoring these. I will be forwarding your letter to a few of the registered nurses here in the clinic and they will call you with a follow up as soon as they are able.

If you have any further questions, please do not hesitate to call our office at 617-287-5660.

Krystal DuPont

Reply    Close

**University Health Services is open Monday - Friday 8:30AM - 5:00PM.**
Powered by Point and Click Solutions © 2021   **You can reach us 24/7! General Medicine 617.287.5660, Counseling 617.287.5690**

Home (/home.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

Appointments
(/appointments_home.aspx)

Consent Forms
(/Mvc/ConsentForms)

Referrals (/referrals.aspx)

Handouts (/Handouts.aspx)

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Downloadable Forms
(/Mvc/DownloadableForms)

Forms (/EmfGateway.aspx)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

☞ Log Out (/logout.aspx)

# Message Details for Cora Cluett

Print (messages_message_print.aspx)

**From:** BRYANT, CHERYL RN
**To:** Cluett, Cora
**Message Type:** Reply
**Priority:** Normal
**Date:** Friday, June 25, 2021 11:27 AM
**Subject:** Re: COVID-19 Religious Exemption
**Attachments:**

**Message Text:**

To: Krystal DuPont
Date: 6/23/2021 5:19 PM
Subject: Re: COVID-19 Religious Exemption
Message:

Hello,

Just a follow up. I am happy to speak to a nurse about this over the phone. I'd like my attorney to be present for the call.
Please let me know at your earliest convenience what time and day would work for you guys to set up a call.

Thank you,

Cora Cluett

Reply     Close

Home (/home.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

Appointments
(/appointments_home.aspx)

Consent Forms
(/Mvc/ConsentForms)

Referrals (/referrals.aspx)

Handouts (/Handouts.aspx)

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Downloadable Forms
(/Mvc/DownloadableForms)

Forms (/EmfGateway.aspx)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

➔ Log Out (/logout.aspx)

# Message Details for Cora Cluett

Print (messages_message_print.aspx)

**From:** BRYANT, CHERYL RN
**To:** Cluett, Cora
**Message Type:** Reply
**Priority:** Normal
**Date:** Friday, June 25, 2021 11:27 AM
**Subject:** Re: COVID-19 Religious Exemption
**Attachments:**

**Message Text:**

Dear Cora,
We will be in touch with you as soon as possible regarding this issue. University Health Services will convene a committee to review your request.

Cheryl Bryant RN

----- Original Message ----
From: Cluett, Cora
To: Krystal DuPont
Date: 6/23/2021 5:19 PM
Subject: Re: COVID-19 Religious Exemption
Message:

Reply    Close

**Fw: Student Vaccination FAQs**

drcluett@yahoo..../Inbox

**Cora Cluett** <cora.cluett001@umb.edu>
To: drcluett@yahoo.com <drcluett@yahoo.com>

Jul 15 at 5:47 PM

**From:** Return to Campus Team <returntocampus@umb.edu>
**Sent:** Wednesday, July 14, 2021 3:28 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Subject:** Student Vaccination FAQs



Cora —

With the reopening of campus quickly approaching, the best tool for a safe return to UMass Boston is vaccination.

All students must provide proof of vaccination by August 9, 2021. Follow **these steps to upload** your vaccination records via the **MyHealthBeacon Portal**. Any student who receives an exemption to the vaccination requirement, based on religious, health, or disability accommodations, will be required to participate in weekly surveillance testing during the fall semester.

University Health Services is providing free vaccinations by appointment. Call 617-287-5661 or email **uhscd-19test@umb.edu** to schedule a visit. You can also use **vaxfinder.mass.gov** to search for vaccination locations in Massachusetts.

We understand that many of our international students may be vaccinated abroad. UMass Boston will accept all vaccines approved by the WHO. Please check **university policy** for approved international COVID-19 vaccines and other vaccine-related questions. If you cannot get access to an approved vaccine in your home country, please contact UHS to schedule a vaccine appointment upon your arrival in the U.S.

FAQs

Still have questions on whether you're exempt?

- The vaccine is required for all students who plan to live, learn, or work on campus. Students may request an exemption from the vaccination requirement, subject to religious, health, and disability accommodations provided for by state and federal law. Students with questions should call 617-287-5660 and/or contact UHS via email at UHS@UMB.edu.

What is surveillance testing and who is required to participate?

- Surveillance testing is regular testing (nasal swab) of asymptomatic individuals to provide early detection and mitigate infections within the community.
- Any student who receives an exemption to the vaccination requirement will be required to participate in weekly surveillance testing during the fall semester. Information detailing how to sign up will be provided in the next few weeks. International students who do not have access to an approved vaccine in their home country, and who are vaccinated upon arrival in the United States, must participate in surveillance testing until they are fully vaccinated.

As an international student not able to go back to campus this fall, do you still need to provide proof of vaccination online?

- No. While we strongly encourage everyone to get vaccinated to protect themselves and those around them, proof of vaccination is only required for students who plan to take classes, live, or conduct research on campus this fall.

Do those graduating in August need to upload proof of vaccination?

- Proof of vaccination is required for students who plan to take classes, live or conduct research on campus or access campus resources in the fall semester or the weeks leading up to the fall semester. If you will be on campus prior to your graduation in August, then proof of vaccination is required. You can submit your vaccination status on My Health Beacon Portal.

A full list of COVID-19 vaccination FAQ's can be found here. We thank you for doing your part to help us keep the campus community safe.

Best,

Return to Campus Team

View this email online.



© 2021 University of Massachusetts Boston
100 William T. Morrissey Blvd. Boston, MA 02125-3393

Home (/home.aspx)

# Message Details for Cora Cluett

Print (messages_message_print.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

**From:** RAMIREZ-VARGAS, JOSE RN
**To:** Cluett, Cora

Appointments
(/appointments_home.aspx)

**Message Type:** Communication
**Priority:** Normal

Consent Forms
(/Mvc/ConsentForms)

**Date:** Wednesday, July 14, 2021 3:58 PM
**Subject:** Important message regarding COVID-19 vaccine require

Referrals (/referrals.aspx)

**Attachments:**

Handouts (/Handouts.aspx)

**Message Text:**

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Dear Cora,

Beginning Fall 2021 the University of Massachusetts Boston intends to require all students who are attending classes on campus, working on campus, participating in any on campus event or utilizing any of the on-campus facilities to be fully vaccinated with the COVID-19 vaccine.

Downloadable Forms
(/Mvc/DownloadableForms)

Fully vaccinated means that 2 weeks (14 days) have passed from the date that you received your last COVID-19 vaccine. If you received a 2-dose series, then its 14 days from your 2nd dose. If you received a one-dose COVID-19 vaccine, such as the J&J vaccine, then its 14 days from the single dose. The deadline for submission is 8/9/2021.

Forms (/EmfGateway.aspx)

How to upload your vaccine records: **Here!** (https://www.umb.edu/healthservices/my_health_beacon_portal)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Reply    Close

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

➡ Log Out (/logout.aspx)

**University Health Services is open Monday - Friday 8:30AM - 5:00PM.**
Powered by Point and Click Solutions © 2021 **You can reach us 24/7! General Medicine 617.287.5660, Counseling 617.287.5690**

## Religious Exemption not approved

University Health Services <uhs@umb.edu>
Thu 7/15/2021 1:56 PM

This is a response to your request for a religious waiver of the COVID-19  vaccine requirement at UMass Boston. Upon review, the request was *NOT approved*. You may appeal this decision by emailing your request and supporting documents to the attention of Interim Vice Chancellor Shawn DeVeau at vcsa@umb.edu.

The best tool for a safe return to UMass Boston is vaccination. We urge you to reconsider your decision. University Health Services is providing free vaccinations by appointment. Call 617-287-5661 or email uhscd-19test@umb.edu to schedule a visit. You can also use vaxfinder.mass.gov to search for vaccination locations in Massachusetts. Please provide proof of vaccination by August 9, 2021. Follow these steps to upload your vaccination records via the MyHealthBeacon Portal.

7/15/21

**Print**
**(immunizations_print.aspx)**

# Immunizations and Tb Screening for Cora Cluett

Add immunization record...

 (Acknowledged)...  (Acknowledged)...

Save Records

Home (/home.aspx)

Profile (/Profile.aspx)

Health History
(/Student/HealthHistory)

Appointments
(/appointments_home.aspx)

Consent Forms
(/Mvc/ConsentForms)

Referrals (/referrals.aspx)

Handouts (/Handouts.aspx)

Messages
(/messages_send_compliance.aspx)

Letters (/Letters.aspx)

Downloadable Forms
(/Mvc/DownloadableForms)

Forms (/EmfGateway.aspx)

Insurance Card
(/Mvc/InsuranceCards)

Survey Forms
(/SurveyFormsHome.aspx)

Immunizations
(/immunizations_home.aspx)

Immunization Upload
(/immunization_upload.aspx)

➡ Log Out (/logout.aspx)

Please upload your immunization records. We accept the following file types: PNG, PDF, JPG, JPEG, GIF.

**Immunization Listing:** Please note when reviewing your immunizations you should be alerted to any vaccinations highlighted in Red. These mean you are not compliant with state regulations and this must be addressed.
Items will remain Red until an official record from your medical provider is received and reviewed in our office. This means you are not compliant with state regulations and this must be addressed.

**GREEN = GOOD!**

**RED = BAD!**

**Documents can also be dropped off, mailed or faxed:**
**Drop off:**
Bring your documents to UHS
Quinn Bldg, 2nd floor
Drop box available

**Mail:**
UMass Boston - University Health Services
100 Morrissey Blvd
Boston, Ma
02125-3393
ATTN: Immunization Coordinator

**Fax:** (Fax) 617.287.3977

Status ❌ Non-compliant (Last calculated on 7/15/2021 5:58:45 PM)

**Compliance Details**

| Clearance | Status | Last updated |
|---|---|---|
| COVID19 Immun - State | Non-Compliant- No Data ❶ | 7/15/2021 |
| TB Risk Screening | Compliant with Standard Requirements ❶ | 7/15/2021 |

**Immunization Events**                                                   ☐ Show Details

| Procedure | Event Date | Comment |
|---|---|---|
| Hepatitis B-adol/ped | 1/18/2001 | |
| Hepatitis B-adol/ped | 7/14/2000 | |
| Hepatitis B-adol/ped | 4/21/2000 | |
| Measles-Mumps-Rubella | 12/8/2003 | |

| | |
|---|---|
| Measles-Mumps-Rubella | 10/19/2000 |
| Menactra (MCV4) | 12/18/2017 |
| Menactra (MCV4) | 12/13/2011 |
| Tdap | 12/13/2011 |
| Varicella | 10/25/2006 |
| Varicella | 1/18/2001 |

**University Health Services is open Monday - Friday 8:30AM - 5:00PM.**

Powered by Point and Click Solutions © 2021 **You can reach us 24/7! General Medicine 617.287.5660, Counseling 617.287.5690**

We are located in the Quinn Administration Building, 2nd floor.

Our Fax # is 617.287.3977.

Please also visit our website for additional information at: www.healthservices.umb.edu, (http://www.healthservices.umb.edu)

Personal Health information may be available in this student health portal. UHS takes confidentiality very seriously. Help us

protect your privacy. **DO NOT** share your password with anyone.

Language: English (United States) (/Student/Locale

**From:** Cora Cluett
**To:** Ryan McLane
**Subject:** Fw: Response to appeal for Religious Exemption
**Date:** Monday, July 26, 2021 10:45:02 AM
**Attachments:** image001.png

---

**From:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>
**Sent:** Monday, July 26, 2021 10:14 AM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Cc:** Robert Pomales <Robert.Pomales@umb.edu>; Diane Pankow <Diane.Pankow@umb.edu>; Office of VC Student Affairs <VCSA@umb.edu>; Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>
**Subject:** Response to appeal for Religious Exemption

Cora –

I am in receipt of and have reviewed your appeal. Based upon the statements in your letter, I have read your faith to be Roman Catholic. If this is incorrect, please let me know.

According to this statement from the United States Conference of Catholic Bishops (USCCB) regarding the COVID-19 vaccine:

> "The world is currently facing a health crisis. The number of deaths from COVID-19 is now almost one and a half million worldwide. In the United States, the toll is approaching 300,000. Given the urgency of this crisis, the lack of available alternative vaccines, and the fact that the connection between an abortion that occurred decades ago and receiving a vaccine produced today is remote, inoculation with the new COVID-19 vaccines in these circumstances can be morally justified."

Additionally, I find that in a set of talking points from the USCCB citing the Vatican COVID-19 Commission in collaboration with the Pontifical Academy for Life, there is specific reference to the positive use of vaccines.

> "Covid-19 is exacerbating a triple threat of simultaneous and interconnected health, economic and socioecological crises that are disproportionately impacting the poor and vulnerable. As we move through a just recovery, we must ensure the immediate cures for the crises become stepping-stones to a more just society of inclusive and interdependent set of systems. Taking immediate actions to respond to the pandemic, keeping in mind its long-term effects, is essential for a global and regenerative 'healing.'"

Given these two statements from leaders of the Church that point to both the ethical use of vaccines in general and the COVID-19 vaccine specifically, I do not see that there are any specific religious tenets that would prevent someone of the Roman Catholic faith from receiving a vaccine, if they chose to do so. On this basis and without further documentation indicating such a tenet, I cannot approve your request for an exemption.

You may certainly opt to unregister from face-to-face courses for the coming semester and see if circumstances change for the Spring 2022 semester.

Shawn

Shawn J. De Veau (He Series)
Interim Vice Chancellor for Student Affairs

---

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Date:** Friday, July 23, 2021 at 4:46 PM
**To:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>, Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>, Office of VC Student Affairs <VCSA@umb.edu>
**Cc:** Robert Pomales <Robert.Pomales@umb.edu>, Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** Re: Religious Exemption

Shawn,

Attached is my formal appeal letter. I would appreciate a timely response.

Thank you,

Cora Cluett

---

**From:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>
**Sent:** Wednesday, July 21, 2021 10:07 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>; Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>
**Cc:** Office of VC Student Affairs <VCSA@umb.edu>; Robert Pomales <Robert.Pomales@umb.edu>; Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** Re: Religious Exemption

Cora —

My response was not automated but it is a standard response.

## Why was my exemption denied?

As your request for a religious exemption has been initially denied, you may have an opportunity for appeal. Federal law (Title VII of the Civil Rights Act of 1964) allows for exemptions from required vaccines to those that can show a sincerely held religious belief. At this time, you have not met this burden. Proof of a sincerely held religious belief could include:

1. A signed statement from a religious official describing the religious tenet that precludes

the taking of a vaccine and/or

2. A personally written statement describing the religious basis for your objection to taking this vaccine versus the other vaccines which you have previously submitted evidence of having received.

**What is the deadline for submitting an appeal to this denial, and what is the turnaround time for an appeal response?**

There is technically no deadline for an appeal as a student could opt not to appeal or not to attend class on campus and/or take all online courses. I have been able to reply to appeals within three business days.

Please let me know if there are any other questions with which I may be able to assist.

Shawn

Shawn J. De Veau (He Series)
Interim Vice Chancellor for Student Affairs

---

**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Date:** Wednesday, July 21, 2021 at 10:02 PM
**To:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>, Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>
**Cc:** Office of VC Student Affairs <VCSA@umb.edu>, Robert Pomales <Robert.Pomales@umb.edu>, Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** Re: Religious Exemption

Hello,

That was an exasperatingly non-responsive response. If in fact that was an automated response, I would appreciate a human being taking the time to answer the questions I posed in my original message or explain why that information is not forthcoming. My ability to take any appropriate next step hinges on having insight into the answers to my questions.

Thank you for your time and consideration.

Cora Cluett

---

**From:** Shawn J DeVeau <Shawn.DeVeau@umb.edu>
**Sent:** Wednesday, July 21, 2021 8:51 PM
**To:** Cora Cluett <Cora.Cluett001@umb.edu>
**Cc:** Office of VC Student Affairs <VCSA@umb.edu>; Robert Pomales <Robert.Pomales@umb.edu>; Diane Pankow <Diane.Pankow@umb.edu>
**Subject:** FW: Religious Exemption

Cora –

The University of Massachusetts Boston will require all undergraduate and graduate students who wish to live or learn or conduct research on campus or access campus resources to be fully vaccinated prior to the beginning of the fall semester, on the basis of expected additional state, federal and legal guidance and vaccine availability, and subject to legally recognized medical exemptions, and/or legally recognized disability or religious accommodations. Evidence to date concerning the present and expected approval status and effectiveness of the vaccines supports the University's position.

As your request for a religious exemption has been initially denied, you may have an opportunity for appeal. Federal law (Title VII of the Civil Rights Act of 1964) allows for exemptions from required vaccines to those that can show a sincerely held religious belief. At this time, you have not met this burden. Proof of a sincerely held religious belief could include:

1. A signed statement from a religious official describing the religious tenet that precludes the taking of a vaccine and/or
2. A personally written statement describing the religious basis for your objection to taking this vaccine versus the other vaccines which you have previously submitted evidence of having received.

Upon receipt of one or both of these statements, we will make a further review of your appeal.

Shawn

Shawn J. De Veau (He series)
Interim Vice Chancellor for Student Affairs
UMass Boston
100 Morrissey Blvd
Dorchester MA 02125



**From:** Cora Cluett <Cora.Cluett001@umb.edu>
**Sent:** Wednesday, July 21, 2021 4:32 PM
**To:** Chancellor Marcelo Suárez-Orozco <Chancellor@umb.edu>; Office of VC Student Affairs <VCSA@umb.edu>; University Health Services <uhs@umb.edu>; Robert Pomales <Robert.Pomales@umb.edu>; Diane Pankow <Diane.Pankow@umb.edu>; Kimberly A Santora <Kimberly.Santora@umb.edu>
**Subject:** Religious Exemption

Hello,

I am writing to understand the university's denial of my religious exemption declaration so that I can make an informed appeal. I submitted all required documents, dating as far back as May 18th. The rules for receiving an exemption have been changed multiple times since my original application. As indicated on the UMB website, religion is a protected class under state and federal law, and exemptions are granted. I was told by student nurses Krystal DuPont and Jose Ramirez that a school official would contact me to discuss my declaration. I was never contacted. I believe that what I have submitted over the course of this moving target is sufficient to determine my veracity on the matter. In addition to the above, I have had no notification as to who made the decision and who has the authority to judge my religious beliefs. I find it shameful that the process has been so convoluted, and I question the good faith quality to this process given that you have made me submit things multiple times and even the process as communicated by the school has not been followed. While this process has been strung along by the institution, a lot of precious time has been lost in the event I need to take legal action should you maintain your current position of infringing on my civil rights and discriminating against a protected class. As previously communicated, I remain available to speak with a school official over the phone to confirm my convictions, but my attorney will need to be present on any call. I am an incoming senior at UMass Boston and a recipient of the Chancellor's Merit Scholarship. I have a current GPA of 3.94, and with my stellar academic performance and my track record of participation in the campus community, I anticipate the ability to finish out my degree in person in accordance with the law and my beliefs. Why was my exemption denied? What is the deadline for submitting an appeal to this denial, and what is the turnaround time for an appeal response?

Thank you for your time,

Cora Cluett
ID: 01754611