UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUNTER HARRIS, ET AL <br>     Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF MASSACHUSETTS LOWELL, ET AL <br>     Defendants. | Civil Action No. 21-11244-DJC |

## JUDGMENT

**CASPER, J.**                                                                                                             **August 27, 2021**

    Judgment for Defendants on all counts, Counts I-IV.

                                                                       Robert M. Farrell, Clerk

                                                                       /s/ Lisa M. Hourihan
                                                                       Deputy Clerk