UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| HUNTER HARRIS and ) <br> CORA CLUETT, ) <br> Plaintiffs ) <br> ) <br> v.  ) <br> ) <br> UNIVERSITY OF MASSACHUSETTS ) <br> LOWELL, JACQUELINE MOLONEY, ) <br> UNIVERSITY OF MASSACHUSETTS ) <br> BOSTON, MARCELO SUÁREZ- ) <br> OROZCO and SHAWN DE VEAU ) <br> **Defendants** ) | NO.  1:21-cv-11244 |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs Hunter Harris and Cora Cluett, appeal to the United States Court of Appeals for the First Circuit, from the District Court's Memorandum and Order (ECF 20) and Judgment (ECF 21) entered in this action on August 27, 2021.

Respectfully Submitted,

  /s/ Ryan P. McLane
Ryan P. McLane, Esq. (Juris: 438176)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

1

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically with the Court on this September 24, 2021. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Ryan P. McLane
Attorney for Plaintiffs
