**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Harris et al v. University of Massachusetts Lowell et al

District Court Number: 21cv11244-DJC

Fee:   Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending        Yes ____ No _X_          Sealed documents        Yes ____ No _X_
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_          Transcripts             Yes ____ No _X_
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#20 Memorandum and Order, #21 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#20, #21, and #22

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 22 filed on September 24, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 27, 2021.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**